# EXHIBIT B

US006513066C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (7884th)

# United States Patent
### Hutton et al.

(10) **Number:** US 6,513,066 C1

(45) **Certificate Issued:** Nov. 23, 2010

(54) **ESTABLISHING A POINT-TO-POINT INTERNET COMMUNICATION**

(75) Inventors: **Glenn W. Hutton**, Miami, FL (US);
**Shane D. Mattaway**, Boca Raton, FL
(US); **Craig B. Strickland**, Tamarac, FL
(US)

(73) Assignee: **Net2Phone, Inc.**, Newark, NJ (US)

Reexamination Request:
No. 90/010.423, Feb. 24, 2009

Reexamination Certificate for:
Patent No.: 6,513,066
Issued: Jan. 28, 2003
Appl. No.: 09/407,270
Filed: Sep. 29, 1999

Related U.S. Application Data

(63) Continuation of application No. 08/533,115, filed on Sep.
25, 1995, now Pat. No. 6,108,704.

(51) Int. Cl.
*H04M 1/725* (2006.01)
*H04M 1/57* (2006.01)
*H04M 1/72* (2006.01)
*H04L 12/58* (2006.01)

(52) U.S. Cl. ...................... 709/227; 709/238; 709/245
(58) Field of Classification Search ........................ None
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,313,035 A | 1/1982 | Jordan et al. |
| 4,332,982 A | 6/1982 | Thomas |
| 4,410,765 A | 10/1983 | Hestad et al. |
| 4,423,414 A | 12/1983 | Bryant et al. |
| 4,446,519 A | 5/1984 | Thomas |
| 4,450,554 A | 5/1984 | Steensma et al. |
| 4,468,529 A | 8/1984 | Samuel et al. |
| 4,491,693 A | 1/1985 | Sano et al. |
| 4,528,659 A | 7/1985 | Jones, Jr. |
| 4,589,107 A | 5/1986 | Middleton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 200059377 A1 | 11/2000 |
| AU | 200059378 A1 | 11/2000 |
| AU | 200059379 A1 | 11/2000 |
| EP | 0455402 A2 | 11/1991 |
| EP | 0497022 A1 | 5/1992 |

(Continued)

OTHER PUBLICATIONS

The Open Group. Technical Standard. *Protocols for X/Open
PC Interworking: SMB, Version 2*. 1992. pages ii–xvi and
pp. 1–516.

(Continued)

*Primary Examiner*—Alexander J Kosowski

(57)   **ABSTRACT**

A point-to-point Internet protocol exchanges Internet Proto-
col (IP) addresses between processing units to establish a
point-to-point communication link between the processing
units through the Internet. A first point-to-point Internet pro-
tocol includes the steps of (a) storing in a database a respec-
tive IP address of a set of processing units that have an
on-line status with respect to the Internet; (b) transmitting a
query from a first processing unit to a connection server to
determine the on-line status of a second processing unit; and
(c) retrieving the IP address of the second unit from the
database using the connection server, in response to the
determination of a positive on-line status of the second pro-
cessing unit, for establishing a point-to-point communica-
tion link between the first and second processing units
through the Internet. A second point-to-point Internet proto-
col includes the steps of (a) transmitting an E-mail signal,
including a first IP address, from a first processing unit; (b)
processing the E-mail signal through the Internet to deliver
the E-mail signal to a second processing unit; and (c) trans-
mitting a second IP address to the first processing unit for
establishing a point-to-point communication link between
the first and second processing units through the Internet.



# US 6,513,066 C1
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,594,477 A | 6/1986 | Noirot |
| 4,598,397 A | 7/1986 | Nelson et al. |
| 4,602,132 A | 7/1986 | Nagatomi et al. |
| 4,630,262 A | 12/1986 | Callens et al. |
| 4,652,703 A | 3/1987 | Lu et al. |
| 4,653,090 A | 3/1987 | Hayden |
| 4,654,483 A | 3/1987 | Imai et al. |
| 4,658,093 A | 4/1987 | Hellman |
| 4,694,492 A | 9/1987 | Wirstrom et al. |
| 4,706,274 A | 11/1987 | Baker et al. |
| 4,740,963 A | 4/1988 | Eckley |
| 4,754,479 A | 6/1988 | Bicknell et al. |
| 4,755,985 A | 7/1988 | Jayapalan et al. |
| 4,756,020 A | 7/1988 | Fodale |
| 4,759,056 A | 7/1988 | Akiyama |
| 4,782,485 A | 11/1988 | Gollub |
| 4,799,153 A | 1/1989 | Hann et al. |
| 4,800,488 A | 1/1989 | Agrawal et al. |
| 4,809,271 A | 2/1989 | Kondo et al. |
| 4,813,040 A | 3/1989 | Futato |
| 4,819,228 A | 4/1989 | Baran et al. |
| 4,821,263 A | 4/1989 | Lundh |
| 4,823,374 A | 4/1989 | Verlohr |
| 4,827,411 A | 5/1989 | Arrowood |
| 4,829,554 A | 5/1989 | Barnes et al. |
| 4,837,797 A | 6/1989 | Freeny, Jr. |
| 4,866,704 A | 9/1989 | Bergman |
| 4,866,732 A | 9/1989 | Carey et al. |
| 4,873,715 A | 10/1989 | Shibata |
| 4,887,265 A | 12/1989 | Felix |
| 4,890,282 A | 12/1989 | Lambert et al. |
| 4,899,333 A | 2/1990 | Roediger |
| 4,899,373 A | 2/1990 | Lee et al. |
| 4,912,705 A | 3/1990 | Paneth et al. |
| 4,914,571 A | 4/1990 | Baratz et al. |
| 4,928,306 A | 5/1990 | Biswas et al. |
| 4,932,022 A | 6/1990 | Keeney et al. |
| 4,953,159 A | 8/1990 | Hayden |
| 4,962,449 A | 10/1990 | Schlesinger |
| 4,981,371 A | 1/1991 | Gurak et al. |
| 4,989,230 A | 1/1991 | Gillig et al. |
| 4,995,074 A | 2/1991 | Goldman et al. |
| 5,031,089 A | 7/1991 | Liu et al. |
| 5,036,513 A | 7/1991 | Greenblatt |
| 5,040,141 A | 8/1991 | Yazima et al. |
| 5,056,140 A | 10/1991 | Kimbell |
| 5,065,425 A | 11/1991 | Lecomte et al. |
| 5,107,443 A | 4/1992 | Smith et al. |
| 5,109,403 A | 4/1992 | Sutphin |
| 5,113,499 A | 5/1992 | Ankney et al. |
| 5,121,385 A | 6/1992 | Tominaga et al. |
| 5,127,001 A | 6/1992 | Steagall et al. |
| 5,127,003 A | 6/1992 | Dell, Jr. et al. |
| 5,130,985 A | 7/1992 | Kondo et al. |
| 5,134,648 A | 7/1992 | Hochfield et al. |
| 5,136,716 A | 8/1992 | Harvey et al. |
| 5,150,410 A | 9/1992 | Bertrand |
| 5,153,908 A | 10/1992 | Kakizawa et al. |
| 5,155,726 A | 10/1992 | Spinney et al. |
| 5,157,592 A | 10/1992 | Walters |
| 5,159,592 A | 10/1992 | Perkins |
| 5,164,988 A | 11/1992 | Matyas et al. |
| 5,185,860 A | 2/1993 | Wu |
| 5,187,591 A | 2/1993 | Guy et al. |
| 5,195,086 A | 3/1993 | Baumgartner et al. |
| 5,212,789 A | 5/1993 | Rago |
| 5,214,650 A | 5/1993 | Renner et al. |
| 5,220,599 A | 6/1993 | Sasano et al. |
| 5,241,594 A | 8/1993 | Kung |
| 5,241,625 A | 8/1993 | Epard et al. |
| 5,247,620 A | 9/1993 | Fukuzawa et al. |
| 5,249,290 A | 9/1993 | Heizer |
| 5,274,635 A | 12/1993 | Rahman et al. |
| 5,282,197 A | 1/1994 | Kreitzer |
| 5,283,819 A | 2/1994 | Glick et al. |
| 5,287,103 A | 2/1994 | Kasprzyk et al. |
| 5,410,754 A | 2/1994 | Favreau et al. |
| 5,301,324 A | 4/1994 | Dewey et al. |
| 5,305,312 A | 4/1994 | Fornek et al. |
| 5,315,705 A | 5/1994 | Iwami et al. |
| 5,319,705 A | 6/1994 | Halter et al. |
| 5,325,524 A | 6/1994 | Black et al. |
| 5,327,486 A | 7/1994 | Wolff et al. |
| 5,329,619 A | 7/1994 | Page et al. |
| 5,335,276 A | 8/1994 | Thompson et al. |
| 5,341,374 A | 8/1994 | Lewen et al. |
| 5,347,632 A | 9/1994 | Filepp et al. |
| 5,377,260 A | 12/1994 | Long |
| 5,388,213 A | 2/1995 | Oppenheimer et al. |
| 5,396,485 A | 3/1995 | Ohno et al. |
| 5,402,477 A | 3/1995 | McMahan et al. |
| 5,402,528 A | 3/1995 | Christopher et al. |
| 5,408,526 A | 4/1995 | McFarland et al. |
| 5,408,619 A | 4/1995 | Oran |
| 5,425,028 A | 6/1995 | Britton et al. |
| 5,428,608 A | 6/1995 | Freeman et al. |
| 5,432,846 A | 7/1995 | Norio |
| 5,434,913 A | 7/1995 | Tung et al. |
| 5,440,547 A | 8/1995 | Easki et al. |
| 5,440,632 A | 8/1995 | Bacon et al. |
| 5,446,891 A | 8/1995 | Kaplan et al. |
| 5,446,919 A | 8/1995 | Wilkins |
| 5,452,289 A | 9/1995 | Sharma et al. |
| 5,457,738 A | 10/1995 | Sylvan |
| 5,459,864 A | 10/1995 | Brent et al. |
| 5,461,611 A | 10/1995 | Drake, Jr. et al. |
| 5,461,668 A | 10/1995 | Zdenek et al. |
| 5,473,531 A | 10/1995 | Flora-Holmquist et al. |
| 5,465,286 A | 11/1995 | Clare et al. |
| 5,467,388 A | 11/1995 | Redd et al. |
| 5,469,500 A | 11/1995 | Satter et al. |
| 5,474,741 A | 12/1995 | Mikeska et al. |
| 5,474,819 A | 12/1995 | Chambers et al. |
| 5,475,741 A | 12/1995 | Davis et al. |
| 5,475,819 A | 12/1995 | Miller et al. |
| 5,481,720 A | 1/1996 | Loucks et al. |
| 5,483,524 A | 1/1996 | Lev et al. |
| 5,487,100 A | 1/1996 | Kane |
| 5,491,800 A | 2/1996 | Goldsmith et al. |
| 5,591,800 A | 2/1996 | Goldsmith et al. |
| 5,499,295 A | 3/1996 | Cooper |
| 5,500,890 A | 3/1996 | Rogge et al. |
| 5,502,727 A | 3/1996 | Catanzaro et al. |
| 5,509,058 A | 4/1996 | Sestak et al. |
| 5,515,508 A | 5/1996 | Pettus et al. |
| 5,517,432 A | 5/1996 | Chandra et al. |
| 5,524,141 A | 6/1996 | Braun et al. |
| 5,528,671 A | 6/1996 | Ryu et al. |
| 5,533,102 A | 7/1996 | Robinson et al. |
| 5,533,110 A | 7/1996 | Pinard et al. |
| 5,544,164 A | 8/1996 | Baran |
| 5,544,322 A | 8/1996 | Cheng et al. |
| 5,546,448 A | 8/1996 | Caswell et al. |
| 5,546,452 A | 8/1996 | Andrews et al. |
| 5,548,636 A | 8/1996 | Bannister et al. |
| 5,548,694 A | 8/1996 | Frisken Gibson |
| 5,555,290 A | 9/1996 | McLeod et al. |
| 5,563,882 A | 10/1996 | Bruno et al. |
| 5,572,643 A | 11/1996 | Judson |
| 5,574,774 A | 11/1996 | Ahlberg et al. |
| 5,574,934 A | 11/1996 | Mirashrafi et al. |

**US 6,513,066 C1**

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,581,522 A | 12/1996 | Shibuya et al. | | 5,768,527 A | 6/1998 | Zhu et al. |
| 5,581,702 A | 12/1996 | McArdle et al. | | 5,771,355 A | 6/1998 | Kuzma |
| 5,586,257 A | 12/1996 | Perlman | | 5,774,656 A | 6/1998 | Hattori et al. |
| 5,586,260 A | 12/1996 | Hu | | 5,774,660 A | 6/1998 | Brendel et al. |
| 5,604,737 A | 2/1997 | Iwami et al. | | 5,774,666 A | 6/1998 | Portuesi |
| 5,606,669 A | 2/1997 | Bertin et al. | | 5,778,181 A | 7/1998 | Hidary et al. |
| 5,608,786 A | 3/1997 | Gordon | | 5,778,187 A | 7/1998 | Monteiro et al. |
| 5,614,940 A | 3/1997 | Cobbley et al. | | 5,784,564 A | 7/1998 | Camaisa et al. |
| 5,615,257 A | 3/1997 | Pezzullo et al. | | 5,784,619 A | 7/1998 | Evans et al. |
| 5,619,557 A | 4/1997 | Van Berkum | | 5,787,253 A | 7/1998 | McCreery et al. |
| 5,621,789 A | 4/1997 | McCalmont et al. | | 5,790,548 A | 8/1998 | Sistanizadeh et al. |
| 5,623,483 A | 4/1997 | Agrawal et al. | | 5,790,792 A | 8/1998 | Dudgeon et al. |
| 5,623,490 A | 4/1997 | Richter et al. | | 5,790,793 A | 8/1998 | Higley |
| 5,623,605 A | 4/1997 | Keshav et al. | | 5,790,803 A | 8/1998 | Kinoshita et al. |
| 5,625,407 A | 4/1997 | Biggs et al. | | 5,793,365 A | 8/1998 | Tang et al. |
| 5,627,978 A | 5/1997 | Altom et al. | | 5,794,018 A | 8/1998 | Vrvilo et al. |
| 5,636,282 A | 6/1997 | Holmquist et al. | | 5,794,257 A | 8/1998 | Liu et al. |
| 5,636,346 A | 6/1997 | Saxe | | 5,796,394 A | 8/1998 | Wicks et al. |
| 5,642,156 A | 6/1997 | Saiki | | 5,799,063 A | 8/1998 | Krane |
| 5,644,629 A | 7/1997 | Chow | | 5,799,072 A | 8/1998 | Vulcan et al. |
| 5,649,194 A | 7/1997 | Miller et al. | | 5,799,150 A | 8/1998 | Hamilton et al. |
| 5,652,759 A | 7/1997 | Stringfellow, Jr. | | 5,812,819 A | 8/1998 | Rodwin et al. |
| 5,655,120 A | 8/1997 | Witte et al. | | 5,805,587 A | 9/1998 | Norris et al. |
| 5,659,542 A | 8/1997 | Bell et al. | | 5,805,810 A | 9/1998 | Maxwell |
| 5,659,596 A | 8/1997 | Dunn | | 5,805,822 A | 9/1998 | Long et al. |
| 5,668,862 A | 9/1997 | Bannister et al. | | 5,809,233 A | 9/1998 | Shur |
| 5,671,412 A | 9/1997 | Christiano | | 5,815,665 A | 9/1998 | Teper et al. |
| 5,671,428 A | 9/1997 | Muranaga et al | | 5,816,919 A | 10/1998 | Scagnelli et al. |
| 5,675,507 A | 10/1997 | Bobo | | 5,818,510 A | 10/1998 | Cobbley et al. |
| 5,680,392 A | 10/1997 | Semaan | | 5,818,836 A | 10/1998 | DuVal |
| 5,684,800 A | 11/1997 | Dobbins et al. | | 5,819,084 A | 10/1998 | Shapiro |
| 5,684,951 A | 11/1997 | Goldman et al. | | 5,822,524 A | 10/1998 | Chen et al. |
| 5,689,553 A | 11/1997 | Ahuja et al. | | 5,825,865 A | 10/1998 | Oberlander et al. |
| 5,689,641 A | 11/1997 | Ludwig et al. | | 5,828,837 A | 10/1998 | Eikeland |
| 5,692,180 A | 11/1997 | Lee | | 5,828,843 A | 10/1998 | Grimm et al. |
| 5,692,192 A | 11/1997 | Sudo | | 5,828,846 A | 10/1998 | Kirby et al. |
| 5,694,594 A | 12/1997 | Chang | | 5,832,119 A | 11/1998 | Rhoads |
| 5,701,463 A | 12/1997 | Malcolm | | 5,832,240 A | 11/1998 | Larsen et al. |
| 5,708,422 A | 1/1998 | Blonder et al. | | 5,835,720 A | 11/1998 | Nelson et al. |
| 5,708,655 A | 1/1998 | Toth et al. | | 5,835,723 A | 11/1998 | Andrews et al. |
| 5,710,884 A | 1/1998 | Dedrick | | 5,835,725 A | 11/1998 | Chiang et al. |
| 5,717,923 A | 2/1998 | Dedrick | | 5,838,683 A | 11/1998 | Corley et al. |
| 5,719,786 A | 2/1998 | Nelson et al. | | 5,838,970 A | 11/1998 | Thomas |
| 5,721,827 A | 2/1998 | Logan et al. | | 5,841,769 A | 11/1998 | Okanoue et al. |
| 5,724,092 A | 3/1998 | Davidsohn et al. | | 5,842,216 A | 11/1998 | Anderson et al. |
| 5,724,412 A | 3/1998 | Srinivasan | | 5,844,978 A | 12/1998 | Reuss et al. |
| 5,724,506 A | 3/1998 | Cleron et al. | | 5,848,143 A | 12/1998 | Andrews et al. |
| 5,724,648 A | 3/1998 | Shaughnessy et al. | | 5,848,396 A | 12/1998 | Gerace |
| 5,726,984 A | 3/1998 | Kubler et al. | | 5,854,901 A | 12/1998 | Cole et al. |
| 5,729,748 A | 3/1998 | Robbins et al. | | 5,857,072 A | 1/1999 | Crowle |
| 5,732,078 A | 3/1998 | Arango | | 5,864,684 A | 1/1999 | Nielsen |
| 5,734,828 A | 3/1998 | Pendse et al. | | 5,867,156 A | 2/1999 | Beard et al. |
| 5,758,257 A | 3/1998 | Herz et al. | | 5,867,654 A | 2/1999 | Ludwig et al. |
| 5,736,968 A | 4/1998 | Tsakiris | | 5,867,665 A | 2/1999 | Butman et al. |
| 5,742,668 A | 4/1998 | Pepe et al. | | 5,872,850 A | 2/1999 | Klein et al. |
| 5,742,675 A | 4/1998 | Kilander et al. | | 5,872,922 A | 2/1999 | Hogan et al. |
| 5,742,762 A | 4/1998 | Scholl et al. | | 5,872,972 A | 2/1999 | Boland et al. |
| 5,742,905 A | 4/1998 | Pepe et al. | | 5,883,956 A | 3/1999 | Le et al. |
| 5,745,642 A | 4/1998 | Ahn | | 5,884,032 A | 3/1999 | Bateman et al. |
| 5,745,702 A | 4/1998 | Morozumi | | 5,884,035 A | 3/1999 | Butman et al. |
| 5,745,711 A | 4/1998 | Kitahara et al. | | 5,884,077 A | 3/1999 | Suzuki |
| 5,751,712 A | 5/1998 | Farwell et al. | | 5,890,162 A | 3/1999 | Huckins |
| 5,751,961 A | 5/1998 | Smyk | | 5,892,825 A | 4/1999 | Mages et al. |
| 5,754,636 A | 5/1998 | Bayless et al. | | 5,892,903 A | 4/1999 | Klaus |
| 5,754,939 A | 5/1998 | Herz et al. | | 5,892,924 A | 4/1999 | Lyon et al. |
| 5,758,110 A | 5/1998 | Boss et al. | | 5,903,721 A | 5/1999 | Sixtus |
| 5,761,606 A | 6/1998 | Wolzien | | 5,903,723 A | 5/1999 | Beck et al. |
| 5,764,736 A | 6/1998 | Shachar et al. | | 5,903,727 A | 5/1999 | Nielsen |
| 5,764,741 A | 6/1998 | Barak | | 5,905,719 A | 5/1999 | Arnold et al. |
| 5,764,756 A | 6/1998 | Onweller | | 5,905,736 A | 5/1999 | Ronen et al. |
| 5,767,897 A | 6/1998 | Howell | | 5,905,865 A | 5/1999 | Palmer et al. |

**US 6,513,066 C1**

Page 4

| | | |
|---|---|---|
| 5,905,872 A | 5/1999 | DeSimone et al. |
| 5,915,001 A | 6/1999 | Uppaluru |
| 5,923,736 A | 7/1999 | Shachar |
| 5,924,093 A | 7/1999 | Potter et al. |
| 5,925,103 A | 7/1999 | Magallanes et al. |
| 5,928,327 A | 7/1999 | Wang et al. |
| 5,929,849 A | 7/1999 | Kikinis |
| 5,937,162 A | 8/1999 | Funk et al. |
| 5,946,386 A | 8/1999 | Rogers et al. |
| 5,946,629 A | 8/1999 | Sawyer et al. |
| 5,950,123 A | 9/1999 | Schwelb et al. |
| 5,950,172 A | 9/1999 | Klingman |
| 5,953,350 A | 9/1999 | Higgins |
| 5,956,482 A | 9/1999 | Agraharam et al. |
| 5,956,485 A | 9/1999 | Perlman |
| 5,961,584 A | 10/1999 | Wolf |
| 5,964,872 A | 10/1999 | Turpin |
| 5,969,967 A | 10/1999 | Aahlad et al. |
| 5,982,774 A | 11/1999 | Foladare et al. |
| 5,983,005 A | 11/1999 | Monteiro et al. |
| 5,999,965 A | 12/1999 | Kelly |
| 6,005,870 A | 12/1999 | Leung |
| 6,006,257 A | 12/1999 | Slezak |
| 6,009,469 A | 12/1999 | Mattaway et al. |
| 6,014,379 A | 1/2000 | White et al. |
| 6,014,710 A | 1/2000 | Talluri et al. |
| 6,016,393 A | 1/2000 | White et al. |
| 6,018,768 A | 1/2000 | Ullman et al. |
| 6,018,771 A | 1/2000 | Hayden |
| 6,021,126 A | 2/2000 | White et al. |
| 6,026,086 A | 2/2000 | Lancelot et al. |
| 6,026,425 A | 2/2000 | Suguri et al. |
| 6,029,175 A | 2/2000 | Chow et al. |
| 6,031,836 A | 2/2000 | Haserodt |
| 6,032,192 A | 2/2000 | Wegner et al. |
| 6,041,345 A | 3/2000 | Levi et al. |
| 6,047,054 A | 4/2000 | Bayless et al. |
| 6,047,292 A | 4/2000 | Kelly et al. |
| 6,055,594 A | 4/2000 | Lo et al. |
| 6,061,716 A | 5/2000 | Moncreiff |
| 6,064,975 A | 5/2000 | Moon et al. |
| 6,065,048 A | 5/2000 | Highley |
| 6,067,350 A | 5/2000 | Gordon |
| 6,069,890 A | 5/2000 | White et al. |
| 6,085,217 A | 7/2000 | Ault et al. |
| 6,101,182 A | 8/2000 | Sistanizadeh et al. |
| 6,105,053 A | 8/2000 | Kimmel et al. |
| 6,108,704 A | 8/2000 | Hutton et al. |
| 6,122,255 A | 9/2000 | Bartholomew et al. |
| 6,125,113 A | 9/2000 | Farris et al. |
| 6,131,121 A | 10/2000 | Mattaway et al. |
| 6,137,877 A | 10/2000 | Robin et al. |
| 6,141,341 A | 10/2000 | Jones et al. |
| 6,151,643 A | 11/2000 | Cheng et al. |
| 6,154,445 A | 11/2000 | Farris et al. |
| 6,163,316 A | 12/2000 | Killian |
| 6,173,044 B1 | 1/2001 | Hortensius et al. |
| 6,178,453 B1 | 1/2001 | Mattaway et al. |
| 6,181,689 B1 | 1/2001 | Choung et al. |
| 6,185,184 B1 | 2/2001 | Mattaway et al. |
| 6,195,357 B1 | 2/2001 | Polcyn |
| 6,198,303 B1 | 3/2001 | Rangasayee |
| 6,205,135 B1 | 3/2001 | Chinni et al. |
| 6,212,625 B1 | 4/2001 | Russell |
| 6,226,678 B1 | 5/2001 | Mattaway et al. |
| 6,226,690 B1 | 5/2001 | Banda et al. |
| 6,240,444 B1 | 5/2001 | Fin et al. |
| 6,243,373 B1 | 6/2001 | Turock |
| 6,266,539 B1 | 7/2001 | Pardo |
| 6,275,490 B1 | 8/2001 | Mattaway et al. |
| 6,282,272 B1 | 8/2001 | Noonen et al. |

| | | |
|---|---|---|
| 6,289,369 B1 | 9/2001 | Sundaresan |
| 6,300,863 B1 | 10/2001 | Cotichini et al. |
| 6,338,078 B1 | 1/2002 | Chang et al. |
| 6,343,115 B1 | 1/2002 | Foladare et al. |
| 6,343,220 B1 | 1/2002 | van der Salm |
| 6,347,085 B2 | 2/2002 | Kelly |
| 6,347,342 B1 | 2/2002 | Marcos et al. |
| 6,360,266 B1 | 3/2002 | Pettus |
| 6,377,568 B1 | 4/2002 | Kelly |
| 6,385,583 B1 | 5/2002 | Ladd et al. |
| 6,393,455 B1 | 5/2002 | Eilert et al. |
| 6,427,064 B1 | 7/2002 | Henderson |
| 6,434,552 B1 | 8/2002 | Leong |
| 6,463,565 B1 | 10/2002 | Kelly |
| 6,477,586 B1 | 11/2002 | Achenson et al. |
| 6,513,066 B1 | 1/2003 | Hutton et al. |
| 6,594,254 B1 | 7/2003 | Kelly |
| 6,687,738 B1 | 2/2004 | Hutton |
| 6,701,365 B1 | 3/2004 | Hutton |
| 6,704,802 B1 | 3/2004 | Finch et al. |
| 6,728,784 B1 | 4/2004 | Mattaway |
| 6,772,335 B2 | 8/2004 | Curtis et al. |
| 6,829,645 B1 | 12/2004 | Hutton |
| 6,888,836 B1 | 5/2005 | Cherkasova |
| 6,909,708 B1 | 6/2005 | Krishnaswamy et al. |
| 2003/0050075 A1 | 3/2003 | Rangarajan et al. |
| 2004/0204146 A1 | 10/2004 | Deeds |
| 2005/0032435 A1 | 2/2005 | Tischer et al. |
| 2005/0130611 A1 | 6/2005 | Lu et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0518596 | 12/1992 |
| EP | 0556012 A2 | 8/1993 |
| EP | 0559047 | 9/1993 |
| EP | 0581722 | 2/1994 |
| EP | 0597691 | 5/1994 |
| EP | 0632672 | 1/1995 |
| EP | 0648038 | 4/1995 |
| EP | 1379039 A2 | 1/2004 |
| EP | 1379050 A2 | 1/2004 |
| GB | 2283645 | 5/1995 |
| JP | 5944140 | 3/1984 |
| JP | 63-131637 | 3/1988 |
| JP | 6-62020 | 3/1994 |
| WO | WO-9003074 | 3/1990 |
| WO | WO-9219054 | 10/1992 |
| WO | WO-9422087 | 9/1994 |
| WO | WO-9714234 | 4/1997 |
| WO | WO-9811704 | 3/1998 |

### OTHER PUBLICATIONS

Zellweger, Polle T., et al., *Etherphone: Collected Papers 1987–1988*, Xerox Corporation, May 1989.

Vin, Herrick M., et al. *Multimedia Conferencing in the Etherphone Environment*, Oct. 1991, pp. 69–79.

*VocalChat User's Guide Version 2.0*, Vocaltec, 1994, pp. 1–77.

*README, VocalChat Version 2.02 & VocalChat WAN Version 2.02*, Vocaltec, Jun. 1994, pp. 1–3.

*VocalChat 1.01 Network Information*, Vocaltec, 1994, pp. 1–10.

*VocalChat Information*, Vocaltec, 1994, pp. 1–31.

*VocalChat Troubleshooting*, Vocaltec, 1994, pp. 1–101.

"Circuit Switching", Ericsson, last published Jul. 5, 2001, found at http://www.ericsson.com/multiservicenetworks/circuitswitching/axe/ printed on Aug. 1, 2001, 2 pages.

"Data Communication Over the Telephone Network". International Telecommunication Union, CCITT The International Telegraph and Telephone Consultative Committee. Blue Book, vol. VIII—Fascicle VIII.1, IXth Plenary Assembly. Melbourne. Nov. 14–25. 1988. pp. 296–370.

"Full Duplex Speakerphone". IBM Technical Disclosure Bulletin, vol. 29, No. 12, May 1987. pp. 5599–5602.

"ICL OPD—One Per Desk". Issue Aug. 1, 1990. A Comprehensive Technical Information Document (24 pages).

"Information Processing Techniques Program. vol. II. Wideband Integrated Voice/Data Technology" Semiannual Technical Summary Report, Massachusetts Institute of Technology Lexington. MA. Oct. 1, 1997–Mar. 31. 1978. Issued Aug. 31, 1978. pp. 1–25 and 27–31, ADA067014.

"Integrated Voice/Data PABX Communications". IBM Technical Disclosure Bulletin. Sep. 1986, http://patents.ibm.com.

"Level 1–5 of 65 Stories" 1990 Network World, Inc., Apr. 16. 1990. pp. 114–115.

"Multi–Service Networks". Ericsson, last published Jun. 27. 2001. found at http://www.ericsson.com/multiservicenetworks/circuitswitching/printed on Aug. 1, 2001. 2 pages.

"The History of TPC.INT", Jan. 15. 1999, 2 pages, found at http://www.tpc.in/faq/history.html printed on Aug. 8, 2002.

A. A. Kapauan, et al. "Wideband Packet Access for Workstations: Integrated Voice/Data/Image Services on the UNIX+ PC", IEEE Global Telecommunications Conference, Houston. Texas, Dec. 1–4, 1986, Conference Record vol. 3, pp. 1439–1441.

Ahrens, Richard L., "Frequently–Asked Questions about Internet VoiceChat 1.1 FAQ Version: 1.0", 1994, 6 pages.

Andy Hopper "Pandora—An Experimental System for Multimedia Applications", Operating Systems Review, Jan. 12, 1990. pp. 1–16.

Bennett, Geoff, "Designing TCP/IP Internetworks". Chapter 11, pp. 290,291 and 323, Van Nostrand Reinhold, 1995.

Bernard Gold "Digital Speech Networks", Proceedings of the IEEE, vol. 65, No. 12, Dec. 1977, pp. 1636–1658.

Bill Newman "An ISDN Data and Voice Terminal Based on a Personal Computer", Globecom'85. IEEE Global Telecommunications Conference. Conference Record vol. 3, New Orleans, Louisiana, Dec. 2–5, 1985, pp. 1048–1052.

Borland, John. "Technology uses one number to find you on any device", May 17. 2001, 3 pages, found at http://news.cnet.com/news/0–1004–201–5939191–0.html.

C. Malamud et al., "Principles of Operation for the TPC.INT Subdomain: General Principles and Policy", RFC 1530. Oct. 1993. pp. 1–7.

C. Malamud et al.. "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Administrative Policies". RFC 1529. Oct. 1993. pp. 1–5.

C. Malamud et al., "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Technical Procedures". RFC 1528. Oct. 1993. pp. 1–12.

C. Topolcic "Experimental Internet Stream Protocol, Version 2 (ST–II)", Request for Comments 1190. Oct. 1990. pp. 1–148.

C. Yang. "INETPhone: Telephone Services and Servers on Internet". Request for Comments 1789. pp. 1–6. Apr. 1995. Implementation of Next–Generation Agent–Dedicated Communications, by Agatsuma et al.. Tech Report of IEICE 94–216 (Mar. 1995).

Paul Francis. "Comparison of Geographical and Provider–rooted Internet Addressing." Computer Networks and ISDN Systems 27(3)437–448, 1994 (selected paper from INET 94/JENC 5).

Paul Gilster. "Internet Navigator". Maruzen Kabushiki–Kaisha (1st Ed.), pp. 473–476, Feb. 28, 1995.

Paul Tsuchiya, Tony Eng. "Extending the IP Internet Through Address Reuse." ACM SIGCOMM Computer Communications Review, 23(1):16–33, Jan. 1993.

Tamohiro Kawai, Nikkei Communications, No. 202, pp. 29–30. Nikkei BP. Jul. 17. 1995 ("Communication software appears on the Internet").

Translation of Japanese Kokai H07–129488 (published May 19, 1995).

Carl A. Sunshine, et al. "Broad–Band Personal Computer LAN's". IEEE Journal on Selected Areas in Communications. vol. SAC–3, No. 3. May 1985, pp. 408–415.

Cindy Mueller et al., "ATD Data Services", http://www.ita.ucar.edu/ws/datawkshop/Abstract–ATD.html, Jan. 5, 1995. 2 pages.

Clifford J. Weinstein, et al. "Experience with Speech Communication in Packet Networks" IEEE Journal on Selected Areas in Communications. vol. SAC–1, No. 6, (ISSN 0733–8716), Dec. 1983. pp. 963–980.

D. Adolphs, et al. "Adapters for the Public ISDN", pp. 72–80.

D. Perkins "The Point–to–Point Protocol for the Transmission of Multi–Protocol Datagrams Over Point–to–Point Links", Request for Comments 1171, ftp://ftp.isi.edu/in-notes/rfc1171.txt. Jul. 1990. pp. 1–48.

D.C. Swinehart et al., "Adding Voice to an Office Computer Network", IEEE Global Telecommunications Conference. Nov. 28–Dec. 1, 1983. Conference Record vol. 1 of 3. pp. 392–398.

Dale Gulick et al.. "Interface the ISDN to Your PC With a Voice/Data Board". Design Applications, 2328 Electronic Design, 35 (1987) Dec. 10, No. 29, Hashbrouck Heights, NJ, USA, pp. 85–88, XP 000004313.

Daniel C. Swinehart "Telephone Management in the Etherphone System", IEEE/IEICE Global Telecommunications Conference '87, Conference Record vol. 2 of 3, Nov. 15–18. 1987. pp. 1176–1180.

Danny Cohen "A Network Voice Protocol NVP–II", Apr. 1. 1981. pp. 1–68.

Danny Cohen "Packet Communication of Online Speech". AFIPS Conference Proceedings. 1981 National Computer Conference, May 4–7, 1981, Chicago. Illinois, pp. 169–176.

Danny Cohen "Specifications for the Network Voice Protocol (NVP)". Request for Comments 741, Jan. 29, 1976, pp. 1–30.

Don H. Johnson, et al. "A Local Access Network for Packetized Digital Voice Communication". IEEE Transactions on Communications. vol. Com. 29, No. 5, May 1981. pp. 679–688.

Douglas B. Terry and Daniel C. Swinehart, "Managing Stored Voice in the Etherphone System", 1987 ACM 089791–242–X/87/0011/0103, pp. 103–104.

Douglas B. Terry and Daniel C. Swinehart, "Managing Stored Voice in the Etherphone System". ACM Transactions on Computer Systems, vol. 6, No. 1, Feb. 1988, pp. 3–27.

Eve M. Schooler, et al. "A Packet–Switched Multimedia Conferencing System", SIGOIS Bulletin, pp. 12–22.

## US 6,513,066 C1
### Page 6

Gary C. Kessler "ISDN Concepts, Facilities, and Services", McGraw–Hill, Inc., c1990, pp. 224–231, ISBN 0–07–034242–3.

Giulio Barberis, et al. "Coded Speech in Packet–Switched Networks: Models and Experiments" IEEE Journal on Selected Areas in Communications, vol. SAC–1, No. 6, Dec. 1983, pp. 1028–1038.

H. Jonathan Chao, et al. "A Packet Video System Using the Dynamic Time Division Multiplexing Technique", IEEE Global Telecommunications Conference, Houston, Texas, Dec. 1–4, 1988, Conference Record, vol. 3, pp. 0767–0772.

H. Opderbeck "Throughout Degredations for Single Packet Messages", Request for Comments 632, ftp://ftp.isi.edu/in-notes/rfc632.txt, May 20, 1974, pp. 1–6.

Henning Schulzrinne "Voice Communication Across the Internet: A Network Voice Terminal", Jul. 29, 1992, pp. 1–34.

Hiroshi Kobayashi and Hideaki Haruyama, "Voice, Data and Video Integrated Broadband Metropolitan Area Network", Electronics and Communications in Japan, Part 1, vol. 73, No. 11, 1990, pp. 34–42.

Hiroyuki Ichikawa et al. "High–Speed Packet Switching Systems for Multimedia Communications", IEEE Journal on Selected Areas in Communications, Oct. 1987, vol. SAC–5, No. 8 (ISSN 0733–8716), pp. 1336–1345.

Ian H. Merritt "Providing Telephone Line Access to a Packet Voice Network", University of Southern California, Marina Del Rey, Information Sciences Inst., Feb. 1983, ADA126270.

International Search Report issued Jan. 27, 1998 in corresponding International Application Serial No. PCT/US96/15504.

Israel Gitman, et al. "Economic Analysis of Integrated Voice and Data Networks: A Case Study" Proceedings of the IEEE, vol. 66, No. 11, Nov. 1978, pp. 1549–1570.

J. Huelamo, et al. "End User Premises Equipment and Terminals for Broadband Applications", Electrical Communication, vol. 64, No. 2/3, 1990.

J.K. Reynolds et al., Voice File Interchange Protocol (VFIP), Request for Comments 978, ftp://ftp.isi.edu/innotes/rfc978.txt, Feb. 1986, pp. 1–5.

J. Romkey "A Nonstandard For Transmission of IP Datagrams Over Serial Lines: Slip", Request for Comments 1055, ftp/ftp.isi.edu/in-notes/std/std47.txt, Jun. 1988, pp. 1–6.

James D. Mills, et al. "A data and voice system for the general service telephone network", Proceedings IECON '87, 1987 International Conference on IND. Electronics, Control, and Instrumentation, Cambridge, Massachusetts, Nov. 3–6, 1987.

James W. Forgie"Speech Transmission in Packet–Switched Store–and–Forward Networks", AFIPS Conference Proceedings, 1975 National Computer Conference, May 19–22, 1975, Anaheim, California, pp. 137–142.

James W. Forgie "Voice Conferencing in Packet Networks", ICC '80, Conference Record, International Conference on Communications, Seattle, WA, Jun. 8–12, 1980, vol. 1, 80CH1505–6 CSCB, pp. 21.3.1–21.3.4.

Jane's Military Communications 1979–80, pp. 452 and 453.

Jane's Military Communications 1985, pp. 585, 546, and 545.

Jane's Military Communications 1989, Tenth Edition, Edited by John Williamson, ISBN 0710608772, pp. 443, 507, and 512.

Jane's Military Communications 1990–91, Eleventh Edition, Edited by John Williamson, ISBN 0710609000, p. [30], 264, 357, 398, 406, 450, 454, 560, 572, 573, 814, 815, and 816.

Jane's Military Communication 1992–93, Thirteenth Edition, Edited by John Williamson, ISBN 0710609809, pp. 375, 376, 384, and 704.

Jim Stevens, "Much More Idle Chatter About Reference Models", http://www–mice.cs.ucl.ac.uk/multimedia/misc/tcp_ip/8709.mm.www/0041.html, Dec. 18, 1987, pp. 1–9.

John Bellamy, "Digital Telephony", c1982 John Wiley & Sons, Inc., pp. 392–397 and 410–412.

K. Sohraby, et al. "ISDN Primary Rate Interface Impact on Performance of Integrated Voice and Data on CSMA/CD Networks—A Measurement and Simulation Study", Globecom '90 IEEE Global Telecommunication Conference & Exhibition, San Diego, California, Dec. 2–5, 1990, vol. 2, pp. 0912–0919.

Ken Sherman "Data Communications—A User's Guide", 3rd Edition, c1981 Prentice–Hall, Inc., pp. 296–307 and 404–407.

Kevin Jeffay, et al. "Kernel Support for Live Digital Audio and Video", pp. 10–21, University of North Carolina at Chapel Hill, Department of Computer Science.

Kyuta Saito, et al. "Voice Packet Communication System for Private Networks", Globecom '89, IEEE Global Telecommunications Conference & Exhibition, Dallas, Texas, Nov. 27–30, 1989, vol. 3, pp. 1874–1878.

Lawrence G. Roberts "Evolution of Packet Switching", Proceedings of the IEEE, vol. 66, No. 11, Nov. 1978, pp. 1307–1313.

Lin, Hwa–Chun and C.S. Raghavendra, "A Dynamic Load–Balancing Policy With a Central Job Dispatcher (LBC), "IEEE Transactions on Software Engineering, vol. 18, No. 2, Feb. 1992, pp. 148–158.

M. E. Ulug, et al. "Statistical Multiplexing of Data and Encoded Voice in a Transparent Intelligent Network", Fifth Data Communication Symposium, Sep. 27–29, 1977, Snowbird, Utah, pp. 6–14–6–20.

M. Gopalakrishnan, et al. "Integrating Voice and Data SALAN: An Experimental Local Area Network", Computer Communications, vol. 9, No. 4, Aug. 1986, pp. 186–194 and p. 169.

M.J. Ross "Alternatives for Integrating Voice and Data", 1981 International Switching Symposium, ISS' 81 CIC Montreal, Sep. 21–25, 1981.

Natesa Janakiraman "An Overview of Recent Developments in the Designs and Applications of Customer Premises Switches", IEEE Communications Magazine, Oct. 1985, vol. 23, No. 10, pp. 32–45.

P. Borgnis–Desbordes, et al. "Variable–Speed Data Transmission", IBM Technical Disclosure Bulletin, vol. 27, No. 4A, Sep. 1984, pp. 2269–2270.

P. Venkat Rangan and Daniel C. Swinehart, "Software Architecture for Integration of Video Services in the Etherphone System", IEEE Journal on Selected Areas in Communication, vol. 9, No. 9, Dec. 1991, pp. 1395–1404.

Philip H. Reagan, "Is it the PBX or is it the LAN?", Datamation, The Telecom Manager Emerges, Mar. 1984, vol. 30 No. 3, pp. 3–4, 147, 148, 150.

Polle T. Zellweger et al., "An Overview of the Etherphone System and its Applications", 2nd IEEE Conference on Computer Workstations, Mar. 7–10, 1988, pp. 160–168.

**US 6,513,066 C1**

Page 7

R. Braudes et al., "Requirements for Multicast Protocols", Request for Comments 1458, Network Working Group, May 1993, pp. 1–19.

R. W. Meba. et al. "Experiments in Wideband Packet Technology". Digital Communications—New Directions in Switching and Networks, Proceedings of the International Seminar, Zurich, Switzerland, Mar. 11–13, 1986, pp. 135–139.

R.P. McNamara, "Some Considerations of the Voice–Data Capabilities of Broadband Cable Networks", IEEE Digest of Papers Spring CompCon 82, Feb. 22–25, 1982, pp. 312–314.

Randy Cole "Packet Voice: When It Makes Sense". Speech Technology, Sep./Oct. 1982, pp. 52–61.

Scott Flinn. "Coordinating Heterogeneous Time–Based Media Between Independent Applications" ACM Multimedia 95—Electronic Proceedings Nov. 5–9, 1995, pp. 1–16.

Shimmi Hattori et al., "Integrated Digital Switching System with Queueing Storage Facility", IEEE Transactions on Communications, vol. Com–30, No. 8, Aug. 1982, pp. 1900–1905, (ISSN 0090–6778).

Steve Oltmanns, et al. "A Voice and Communications System for the IBM PC". Speech Technology, Mar./Apr. 1986, pp. 94–99.

Stuart Cheshire et al., "Internet Mobility 4×4", www.acm.org, 1996, pp. 1–12.

Susan Angebranndt et al., "Integrating Audio and Telephony in a Distributed Workstation Environment". Proceedings of the Summer 1991 USENIX Conference, Jun. 10–14, 1991, Nashville, Tennessee, pp. 419–435.

T. Kamae "Visual Terminals and User Interfaces". FGCS North–Holland, pp. 257–278.

T. Kamae "Voice/Data Integration in the INS Model System and Local Area Networks" IEEE Communications Magazine, Dec. 1986, vol. 24, No. 12, pp. 7–15.

T7540 Digital Telephone Codec. AT&T Microelectronics, Jan. 1991, pp. 1–62 and Data Sheet Addendum, Jul. 1991, 4 pages.

Takashi Yamada, et al. "New Technologies—Multimedia High–throughput X.25 Packet Switching System", NTT Review, vol. 1, No. 2, Jul. 1989, pp. 82–88.

Theodore Bially, et al. "Voice Communication in Integrated Digital Voice and Data Networks". IEEE Transactions on Communications, vol. Com–28, No. 9, Sep. 1980, pp. 1478–1490.

Toru Tsuda, et al. "An Approach to Multi–Service Subscriber Loop System Using Packetized Voice/Data Terminals" ISSLS '78, The International Symposium on Subscriber Loops and Services, Mar. 20–24, 1978, Atlanta, Georgia. Conference Record. pp. 161–165.

V. Jacobson, et al. "TCP Extension for High–Speed Paths". Request for Comments 1185, ftp://ftp.isi.edu/in–notes/rfc1185.txt, Oct. 1990, pp. 1–21.

V. Jacobson, et al. "TCP Extensions for High Performance". Request for Comments 1323, ftp://ftp.isi.edu/in–notes/rfc1323.txt, May 1992, pp. 1–37.

Vinton G. Cerf, "Packet Satellite Technology Reference Sources", Request for Comments 829, Nov. 1982, http://www.cis.ohio–state.edu/htbin/rfc/rfc829.html, pp. 1–5.

VocalTec Internet Phone (TM) Version 2.5 Readme, VocalTec Ltd., Feb. 1995, 5 pages.

After Downsizing: Overcoming Client–Server Chaos (May 21, 1994).

Barrow Street Research report on New Paradigm Software Corp. (dated Sep. 20, 1995).

Camelot Corps Shining Internet Dream Draws Skeptics (Aug. 1995).

Correspondence with MacZone (Aug.–Sep. 1995).

DigiPhone and Camelot Documents.

DigiPhone Documents (including Q and A) (prior to Sep. 1995).

DigiPhone Documents (prior to Sep. 1995).

DigiPhone for Mac (1996).

Electric Magic and Jabra Correspondence relating to new products (prior to Sep. 1995).

Electric Magic and PSINet License Negotiation Documentation (prior to Sep. 1995).

Electric Magic Company Releases NetPhone 1.2 and Net-Pub Server (dated Jun. 8, 1995).

Electric Magic Information (May 1995).

Electric Magic Notebooks (prior to Sep. 1995).

Electric Magic Notes (including references to Apr. 18, 1995) and patent pending.

Electric Magic Notes (including references to DigiPhone) (prior to Sep. 1995).

Electric Magic Press Release (dated Mar. 13, 1995).

ElectricMagic and WebKat Licensing Documents (Sep. 1995 and prior).

Fax dated May 31, 1995 to IVP including press releases.

Google Groups comp.dcom.videoconf posting (dated Jul. 5, 1995).

intern.tex (dated Aug. 30, 1994).

Jabra—Corporate and Product Backgrounder (Apr. 19, 1995).

Jabra Ear Phone Common Questions and Answers.

Jabra Ear Phone PC, 1995.

Jabra Streamline Ear phone. 1993.

List of source modules in NetPhone (dated Oct. 10, 1995).

Maven Readme (including 1994 copyright notice).

Net as Phone (Internet World Jul. 1995).

Net Phone ad (with Jabra fax line) (May 1995).

NetPhone 1.1 User Manual (including date Jan. 9, 1995).

NetPhone Advertisement (Aug. 1995).

NetPhone Development Plan (SKYPE–N2P01610487).

NetPhone Development Plan with the charts (including reference to May 9, 1995).

NetPhone Digital User Manual (dated Feb. 26, 1995).

NetPhone gives your Mac voice over the Internet (Inside the Internet—Jun. 1995).

Netphone invoices (including invoices prior to Sep. 1995).

NetPhone Make Free Calls over the Internet (undated).

NetPhone Tasks and Plans (dated Jan.–Feb. 1995).

Open Systems Today, Feb. 20, 1995.

Order for NetPhone version 1.2 labels (dated Jun. 6, 1995).

Phoneless Phoning Apr. 2, 1995.

PowWow Chunked Protocol Specification, Last edited Mar. 12, 1999.

PowWow Native Protocols, last updated Dec. 8, 1998.

Roadmap for the Internet (Mar. 1995).

SlipMagic Ad for MacZone (dated Sep. 28, 1995) for selling product.

The Mac Zone (Catalog) dated 1995.

Two–way voice calls over the Internet (Nov. 21, 1994).

Ublique documents relating to Virtual Places Products (dated 1995 and Mar. 1995).

Ubique Ships Virtual Places Client and Server (dated Mar. 20, 1995).

Ubique, Ltd. Fact Sheet (referencing NetPhone codecs and Vocaltec) (date unknown).

Welcome to Netphone Demo (includes copyright date 1994).

David Strom, "Talking Telephony", Windows Sources, Ziff–Davis Publishing Company, Sep. 1996. vol. 4, No. 9. pp. 6, 7, 10, 150–152, 157, 158, 163, 167, 169, 171, 174, 181, 184, 186, 195, 203, 208.

Emad Farag et al., "Structure and network control of a hierarchical mobile network architecture". IEEE Fourteenth Annual International Phoenix Conference on Computers and Communications. Mar. 1995. ISBN: 0–7803–2492–7. p. 671–677.

English translation of JP–06–62020 (dated Mar. 4, 1994).

Huanxu Pan et al., "Analysis of a CCSS#7 Network supporting database services". IEEE International Conference on Information Engineering. Sep. 1993. ISBN: 0–7803–1445–X, pp. 193–197, vol. 1.

John E. Goodwin, Project Gutenberg Alpha Edition of Email 101. http://metalab.unc.edu/pub/docs/books/gutenberg/etext93/email025.txt. Jul. 1993.

Junichi Kimura, et al. "Voice/Data Multiplexing Transmission Methods", Kokai Japanese Patent, Kokai Sho 59–44140, pp. 205–215, with English Abstract, English Translation, pp. 1–24.

Mark R. Brown et al. "Special Edition: Using Netscape 2", Que Publishing. 1995. ISBN 0–7897–0612–1, pp. 7–35, 37–56, 78, 83, 176, 301–320, 393, 395–467, 469–506.

Preston Gralla, "How the Internet Works", Ziff–Davis Press, Emeryville, CA. c1997. pp. 34–37, 202–205, 214–215 and 272–275, ISBN 1–56276–552–3.

VocalChat GTI Information file, believed to be included with VocalChat GTI version 2.12 dated Sep. 1994.

VocalChat GTI README.TXT for Version 2.12 Beta, dated Sep. 1994.

VocalChat GTI Troubleshooting.Inf, believed to be included with VocalChat GTI version 2.12 dated Sep. 1994.

"A Low Cost Solution for: Using your WAN as a Voice Communication Tool" VocalTech White Paper (dated Jun. 3, 1994).

"CyberPhone Annoucement" Internet Posting in Newsgroups comp.speech, Jun. 8, 1995.

"CyberPhone!" Internet Posting in Newsgroups comp.speech, Apr. 14, 1995.

"Electric Magic Company Provides Internet Alternative to Long–Distance Calls", Electric Magic Company Press Release (Mar. 13, 1995).

"Electric Magic Company Releases NetPhone 1.2 and Netpub Server", Electric Magic Company Press Release (Jun. 1995).

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.34, Mar. 4, 1996.

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.43, May 1, 1996.

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.45, May 31, 1996.

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.47, Jun. 12, 1996.

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.48, Jun. 25, 1996.

"Frequently–Asked Questions about Tribal Voices Pow-Wow" Version 0.59, Oct. 30, 1996.

"NetPhone Gets Internet Users Talking at Local Rates" MacUser UK, Mar. 3, 1995. p. 27.

"NetPhone Gives Your Mac Voice Over the Internet" Inside the Internet Rocket Science for the Rest of Us. vol. 2 No. 3, Jun. 1995.

"NetPhone" MacWorld, Jul. 1995.

"NetPhone"West Coast Online, Ver. 3.02 (#26), Apr. 1995.

"PowWow 1.3b Now Available!" Google Newsgroup comp.os.ms–windows.misc Discussion Posting (dated Apr. 22, 1995).

1996–1997 Buyer's Guide, CTI for Management.

Abbe Cohen, Inesscential Zephry (Aug. 23, 1993).

Adam Gaffin, VocalTech Ware Lets Users Make Voice Calls over 'Net, Network World (Feb. 13, 1995).

Alexander Schill, ed., DCE—The OSF Distributed Computer Environment: Client/Server Model and Beyond, Lecture Notes in Computer Science 731, Karlsruhe University (1993).

Analysis of DCE Security Draft (Sep. 18, 1996).

Andrew D. Birrell, et al., Grapevine: An Exercise in Distributed Computing, Communications of the ACM (Apr. 1982).

Andrew D. Birrell, et al., Grapevine: An Exercise in Distributed Computing, Communications of the ACM, vol. 25, No. 4, Apr. 1982.

Andrew D. Birrell, et al., Implementing Remote Procedure Calls, ACM Transactions on Computer Systems (Feb. 1984).

Andrew S. Tanenbaum, Computer Networks, 2d ed. (Prentice–Hall, 1988).

Andy Patrizio, Telecom, Digital Limits Begin to Blur with 'Phone Calls' Across Internet, PC Week, vol. 12, No. 6 (Feb. 13, 1995).

Antonio Ruiz, Voice and Telephony Applications for the Office Workstation, IEEE 1st International Conference on Computer Workstations, San Jose, California (Nov. 11–14, 1985).

AVC–650: Technical Issues Concerning Real–Time Protocol in H.32Z Systems in ATM and Other Packet–Switched Computer Networks, Jul. 9, 1994.

AVC–655: Communication Procedure for H.222.1, Jul. 1, 1994.

AVC–666: H.32X Communication Modes, Terminal Types and Interworking Scenarios, Jul. 1994.

AVC–683: Update Draft H.32Z Following Grimstad Meeting, Nov. 1994.

AVC–696: An Example of Call Setup Procedure in a H.32Z Terminal, Nov. 1994.

AVC–702: Terminal to Terminal Signaling in H.32X, Oct. 24, 1994.

AVC–707R: Report of the Seventeenth Experts Group Meeting in Singapore (Jul. 1–11, 1994)—Part I and Part II, Nov. 11, 1994.

AVC–716: Draft Recommendation H.32X, Jan. 1995.

AVC–718: Draft H.32X, Jan. 1995.

AVC–743P: Report of the Eighteenth Experts Group Meeting in Kamifukuoka (Jan. 24–27, 1995), Jan. 27, 1995.

AVC–748: Update of Draft Recommendation H.322, May 1995.

AVC–750: Report of the Study Group 15 Meeting Held During Feb. 6–17, 1995, Feb. 24, 1995.

AVC–752: Open Issues Towards the Stockholm Meeting, Mar. 17, 1995.

AVC–758: Draft Recommendation H.323 Visual Telephone Systems and Terminal Equipment for Local Area Networks Which Provide A Non–Guaranteed Quality of Service, Rev. May 12, 1995.

AVC–767: Logical Channel Set–up Procedure, Apr. 28, 1995.

AVC–799: Comments on Draft H.323 and H.22Z, May 11, 1995.

**US 6,513,066 C1**

Page 9

AVC–800R: Report of the Nineteenth Experts Group Meeting in Haninge (May 15–18. 1995), May 18, 1995.

AVC–813: Signaling Recommendation Within the Scope of H.323. Sep. 10, 1995.

AVC–819: LAN Addressing Plan in H.323. Sep. 10, 1995.

AVC–830: Connection Management Procedures for H.323, Oct. 24–27, 1995.

AVC–842: Gateway. Gatekeeper and Terminal Procedures in H.323. Oct. 17, 1995.

Avnish Aggarwal. et al., RFC 1002: Protocol Standard for a NetBIOS Service on a TCP/UDP Tansport: Detailed Specifications (Mar. 1987).

Barbara Darrow, Internet Phone Chat Software Prompts Spat: IRC Operators Rebuffed Use of Their Systems. Computer Reseller News (Mar. 20, 1995).

Barry Michael Arons. The Audio–Graphical Interface to a Personal Integrated Telecommunications Systems. Masters Thesis, Massachusetts Institute of Technology (Jun. 1984).

Barry Phillips. Casting the Net for New Media. OEM Magazine. No. 320 (1995).

Belville, Sharon. "Zephyr on Athena", Athena Documentation, Sep. 10, 1991, Version 3.

Ben Mesander. et al., The Client–To–Client Protocol (Aug. 12, 1994).

Bill Welsh. H.245 Implementors' Guide (undated but references Apr. 1996).

Bob Blakley's Email to sig–dce–security. DCE Delegation Proposal Review, Jul. 7, 1992.

Brad Curtis Johnson. A Distributed Computing Environment Framework: An OSF Perspective (1991).

Brent Nordin. et al.. Remote Operation Across a Network of Small Computers (Association of Computing Machinery, 1986).

Brian Fox. et al., GNU Finger program documentation, Free Software Foundation (1992).

Bruce Brown. BugNet Bug/Fix List. Newsbytes (Dec. 13, 1995).

Bruce Brown. BugNet Bug/Fix List. Newsbytes (Dec. 13, 1996).

Butler W. Lampson, et al.. A Distributed Systems Architecture for the 1990's (Dec. 17, 1989).

Buy Memory Configured Expressly for Your Computer, San Jose Mercury News (Jul. 16, 1995).

C. Anthony DellaFera. et al.. Section E.4.1: Zephyr Notification Services, Athena Technical Plan (Jul. 29, 1988).

C. Anthony DellaFera. et al.. Section E.4.1: Zephyr Notification Service, Project Athena Technical Plan (Jun. 5, 1989).

C. Anthony DellaFera, et al.. The Athena Notification Service: Zephyr (1987).

C. Anthony DellaFera, et al., The Athena Notification Service: Zephyr (Dec. 31, 1987).

C. Anthony DellaFera, et al.. The Zephyr Notification Service (undated).

C. Anthony DellaFera, et al., The Zephyr Notification Service, Usenix Winter Conference, Feb. 9–12, 1988.

C. Anthony DellaFera. The Zephyr Notification Service, MIT Project Athena, Winter USENIX Conference (Feb. 12, 1988).

C. Malamud. et al., RFC 1528: Principles of Operation for the TPC.INT Subdomain: Technical Procedures (Oct. 1993).

C. Malamud. et al.. RFC 1530: Principles of Operation for the TPC.INT Subdomain: General Principles and Policy (Oct. 1993).

C. Sunshine, et al., IEN 135: Addressing Mobile Hosts in the ARPA Internet Environment (Oct. 1985).

C. Yang. RFC 1789: INETPhone: Telephone Services and Servers on Internet (Apr. 1995).

Calls Waiting on the Internet Although Telephone Software Makes 'Free' Long Distance Possible, it's a Long Way from Practical, Kansas City Star (Jul. 14, 1996).

Carl Sunshine, IEN 178: Addressing Problems in Multi–Network Systems (Apr. 1981).

Charles E. Perkins, et al.. A Mobile Networking System Based on Internet Protocol, IEEE Personal Communications (First Quarter 1994).

Charlie Kaufman's Email to dmackey re DCE 1.1 Delegation Proposal for Review, Jun. 22, 1992.

Chii–Ren Tsai, et al., Distributed Audit with Secure Remote Procedure Calls (1991).

Christopher Schmandt, et al., An Audio and Telephone Server for Multi–Media Workstations, IEEE (1988).

Christopher Schmandt, et al., Phone Slave: A Graphical Telecommunications Interface, Society for Information Display, 1984 International Symposium Digest of Technical Papers (Jun. 1984).

Chuck Kane, List of IRC servers as of Feb. 1, 1995, available at http://ftp.funet.fi/pub/unix/irc/docs/servers.950201.

Clinton Wilder, Pulling in the Net—InfoSeek, VocalTec Offer Search and Voice Options to Internet Users Online, Informationweek. No. 516 (1995).

Common Desktop Environment 1.0—Advanced User's and System Administrator's Guide, Addison–Wesley Publishing Co. (1995).

Common Desktop Environment 1.0—User's Guide, Addison–Wesley Publishing Co. (1995).

Communications Connectivity Networking, Microsoft Systems Journal, vol. 10, No. 1 (Jan. 1995).

Comp.Speech FAQ Archive; Comp.Speech FAQ Web Page. Comp.Speech Newsgroup. Jul. 17, 1995).

Comp.Speech FAQ Weekly Reminder, Comp.Speech Newsgroup (Jun. 21, 1995).

Contents. Preface, and Index to Open Software Foundation. X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).

Conversation Except from ftp://svr–ftp.eng.camac.uk/pub/pub/comp.speech/archive/subjectt5xxx.txt accessed on Nov. 28, 2007.

Craig Crossman, Free Calls on Internet are CB–Style No Longer, Miami Herald (Jun. 26, 1995).

Craig Crossman. Make Long Distance Calls Via the Internet, Record (Jul. 3, 1995).

D. O'Mahoney, 1st Generation Internet Phones (1998).

D. Reed, RFC 1324: A Discussion on Computer Network Conferencing (May 1992).

D. Zimmerman, RFC 1288: The Finger User Information Protocol (Dec. 1991).

Dale Skran, Draft ITU–T Recommendation H.225.0—Line Transmission of Non–Telephone Signals, Media Stream Packetization and Synchronization on Non–Guaranteed Quality of Service LANs (May 28, 1996).

Dale Skran, ed. ASN.1 for H.225.0 (Jun. 18, 1996).

Dan Cohen, IEN 31: On Name, Addresses and Routings (II) (Apr. 28, 1978).

Dan Keating, Ring! It's Computer Calling Phone By Internet Has Gotten Better, Miami Herald (May 22, 1996).

Daniel C. Swinehart, Telephone Management in the Etherphone System, IEEE (1987).

US 6,513,066 C1
Page 10

Daniel H. Craft, Resource Management in a Decentralized System. Operating Systems Review, vol. 17, No. 5 (Association for Computing Machinery, Oct. 1983).

Danny Cohen, IEN 23: On Name, Addresses and Routings (Jan. 23, 1978).

Dave Lindbergh, H.323 Encryption, Document: CNC–96–22 (Apr. 15, 1996).

David D. Clark, RFC 814: Name, Addresses, Ports, and Routes (Jul. 1982).

David Gertler, Hardware and Software Tidbits from CEBIT, Seybold Report on Desktop Publishing, vol. 9, No. 8 (Apr. 3, 1995).

David Hafke, New on the Net—Talk It Up, Windows Magazine, No. 711 (1996).

David Harvey, All the News That's Fit to Speak, Netguide, No. 301 (1996).

David R. Cheriton, et al., Decentralized Naming Facility (Stanford University. Feb. 1, 1986).

David R. Cheriton, The V Distributed System, Communications of the ACM, vol. 31, No. 3 (Apr. 1988).

David Rapp, I've Got to Get a Message to You, Instant Messaging Started as an MIT Computer–Science Department Project, Technology Review (2002).

DCE 1.0 Security Technology, architectural overview documents, Walter Tuvell, Feb. 1997.

DCE 1.1 Security Technology, architectural overview documents May 1994.

DCE RPC Internals and Data Structures (Aug. 1993).

Dean Adams, ed., Security Survival: An indispensable guide to securing your business, X/Open Co. (1996).

Decided H.225.0 (Jun. 19, 1996).

Derek C. Oppen, et al., The Clearinghouse: A Decentralized Agent for Locating Named Objects in a Distributed Environment (Association for Computing Machinery, 1983).

Description of New Zephyr Protocol (undated).

Digiphone Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Jan. 6, 1997).

Douglas B. Terry, et al., The Berkeley Internet Name Domain Server, USENIX Association Software Tools Users Group, Summer Conference, Salt Lake City, Utah (Jun. 12–15, 1984).

Douglas B. Terry, Structure freeName Management for Evolving Distributed Environments, IEEE 6th International Conference on Distributed Computing Systems, Cambridge, Massachusetts (May 19–23, 1986).

Douglas Brian Terry, Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments, Ph.D. Thesis, University of California, Berkeley (Feb. 21, 1985).

Douglas E. Comer, Internetworking With TCP/IP: vol. 1: Principles, Protocols, and Architecture, 1st ed. (Prentice–Hall, 1988).

Douglas E. Comer, Internetworking With TCP/IP: vol. 1: Principles, Protocols, And Architecture, 3d ed. (Prentice–Hall, 1995).

Douglas E. Comer, Internetworking With TCP/IP: vol. 1: Principles, Protocols, and Architectures, 2d ed. (Prentice–Hall, 1991).

Douglas W. Johnson, Internet–Connected Phone Calls Dial in to Lower Prices, Computerworld (Feb. 19, 1996).

Draft ITU–T Recommendation G.723—Dual Rate Speech Coder for Multimedia Communications Transmitting at 5.3 & 6.3 KBIT/S (Oct. 17, 1995).

Draft ITU–T Recommendation H.323 Line Transmission of Non–Telephone Signals: Visual Telephone Systems and Equipment for Local Area Networks Which Provide a Non–Guaranteed Quality of Service, (May 28, 1996).

Draft Recommendation H.323 Visual Telephone Systems and Terminal Equipment for Local Area Networks Which Provide A Non–Guaranteed Quality of Service, Sep. 8, 1995.

Draft Recommendation H.323—Visual Telephone Systems and Equipment for Local Area Networks Which Provide A Non–Guaranteed Quality of Service (May 28, 1996).

E.D. Sykas, et al., Overview of the CCITT X500 Recommendations Series (Butterworth–Heinemann, 1991).

Electric Magic Company Sales Invoices, Feb. 23, 1995 thru Dec. 3, 1995.

Electric Magic Company, Beta Test License Agreement (dated May 30, 1995).

Elizabeth Feinler, et al., RFC 810: DoD Internet Host Table Specification (Mar. 1, 1982).

Ellen Massmer, PictureTel Brings Video to the Lan Network World (Sep. 4, 1995).

E–mail from Dale Skran to jtoga@ibeam.jf.intel.com, phone numbers for email list (Jan. 6, 1997).

E–mail from Dale Skran to jtoga@ibeam.jf.intel.com, mailing list to enter (Jan. 6, 1997).

E–mail from Ofer Shapiro to Bob Bell, et al., RE: Destination side gateway problem (Jul. 29, 1996).

E–mail from Sakae Okubo to Experts of ITU–T SG16 Q.12/16, Q.13/16 and Q.14/16, Notice of the Q.12–14/16 Sunriver meeting (Jul. 17, 1997).

Email from Sakae Okubo to yves.robin–champigneu10issy.cnet.fr, et al., Working tools of SG16 experts groups (May 8, 1997).

E–mail from Vineet Kumar to h323implementors@mailbag.jf.intel.com Receiver associating a logical channel with a RTP stream (Aug. 5, 1996).

Erdos, Marlena and Pato, Joseph, "Extending the OSF DCE Authorization System to Support Practical Delegation," Feb. 11, 1993.

Eric C. Rosen, IEN 183: Logical Addressing (May 1981).

Eric C. Rosen, IEN 188: Issues in Internetting Part 3: Addressing (Jun. 1981).

Etherphone: Collected Papers 1987–1988. Xerox PARC, CSL–89–2 (May 1989).

Eve M. Schooler, Case Study: Multimedia Conference Control in a Packet–Switched Teleconferencing System, Journal of Internetworking: Research and Experience, vol. 4, No. 2 (Jun. 1993).

Eve M. Schooler, et al., An Architecture for Multimedia Connection Management, Proceedings IEEE 4th Comsoc International Workshop on Multimedia Communications, MM '92, Monterey, California (Apr. 1992).

Eve M. Schooler, The Connection Control Protocol: Architecture Overview (Jan. 28, 1992).

Eve M. Schooler, The Connection Control Protocol: Specification, Version 1.1 (Jan. 29, 1992).

Eve M. Schooler, The Impact of Scaling on Multimedia Connection Architecture, Multimedia Systems, vol. 1 (Association for Computing Machinery, 1993).

Exportability of DCE Multi–Crypto Feature by Walter Tuvell, Mar. 5, 1996.

F. Anklesaria, et al., RFC 1436: The Internet Gopher Protocol (A Distributed Document Search and Retrieval Protocol) (Mar. 1993).

**US 6,513,066 C1**

Page 11

FAQ: How Can I Use the Internet as a Telephone. Ver. 0.2 (Apr. 27, 1995).

FAQ: How Can I Use the Internet as a Telephone. Ver. 0.4 (Feb. 23, 1996).

Fax from Ryan Holmquist to Dale Skran (May 30, 1996).

FLEXlm v3.0 Programmer's Guide. Globetrotter Software, Inc. (Aug. 1994).

Full Duplex Internet Voice Comms Available. Newsbytes (Feb. 14, 1995).

Gary A. Thom. H.323: The Multimedia Communications Standard for Local Area Networks. IEEE Communications Magazine (Dec. 2006).

Gilbert Held. The ABCs of IP Addressing. CRC Press LLC (2002).

Gligor, et al. "On Inter-realm Authentication in Large Distributed Systems" May 2, 1992.

Google Groups "CyberPhone" Search Results, search conducted on Nov. 28, 2007.

Goretsky, Aryeh "PowWow Quick Installation Guide", 1996.

Green, Andrew. NetPhone Tasks and Plans, Email. 2 pages (printed Feb. 2, 1995).

Greg Wood. Computer VAR Takes His First Computer Telephony Plunge; Computer Telephony (Sep. 1996).

Gursharan S. Sidu, et al., Inside AppleTalk. 2d ed. (Addison-Wesley Publishing Co., 1990).

H. Schulzrinne, et al., RFC 1889: RTP: A Transport for Real-Time Applications (Jan. 1996).

Handwritten Notes, Electric Magic Company (dated Jul. 22, 1994 thru Aug. 30, 1995).

Harrick M. Vin., et al., Multimedia Conferencing in the Etherphone Environment (IEEE, Oct. 1991).

How Can I use the Internet as a telephone? from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).

Hussein M. Abdel-Wahab, XTV: A Framework for Sharing X Window Clients in Remote Synchronous Collaboration. IEEE Conference on Communications Software: Communications for Distributed Applications & Systems (Apr. 1991).

I C. Weider, et al., RFC 1727: A Vision of an Integrated Information Service (Dec. 1994).

Inder Gopal, et al., Directories for Networks with Casually Connected Users (IEEE, 1988).

Information Technology—Database Language SQL (Proposed revised text of DIS 9075), Digital Equipment Corp. (Jul. 1992).

InterFACE from Hijinx Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).

Internet Phone from VocalTec Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).

Internet Phone Release 4, Users Manual, VocalTec 1996.

Internet Telephone Companies Racing to Market, Voice Technology & Services News, vol. 14, No. 20 (Oct. 3, 1995).

Introduction to OSF DCE (Prentice-Hall, Inc., 1992).

ITU-T Recommendation X.500—Information technology—Open Systems Interconnection—The Directory: Overview of concepts, models and services (Aug. 1997).

ITU-T Recommendation X.501—Information technology—Open Systems Interconnection—The Directory: Models (Aug. 1997).

J. Oikarinen, et al., RFC 1459: Internet Relay Chat Protocol (May 1993).

J. Pato. Hierarchical Trust Relationships for Inter-Cell Authentication. Slides. (Jul. 7, 1992).

J. Pato. RFC 7.0: Hierarchical Trust Relationships for Inter-Cell Authentication (Jul. 1992).

J. Postel, et al., RFC 959: File Transfer Protocol (FTP) (Oct. 1985).

J. Postel, RFC 765: File Transfer Protocol (Jun. 1980).

J. Postel, RFC 925: Multi-LAN Address Resolution (Oct. 1984).

J. Saltzer. RFC 1498: On the Naming and Binding of Network Destinations (Aug. 1993).

Jack Rickard, Voice Over Internet—the Internet Phone, Boardwatch Magazine, vol. 9, No. 4 (Apr. 1995).

James M. Bloom, et al., Experiences Implementing BIND, A Distributed Name Server for the DARPA Internet (Jun. 9-13, 1986).

James Martin, et al., TCP/IP Networking: Architecture, Administration, and Programming (Prentice Hall, 1994).

James Staten, Netphone 1.2 Calls the Web, MACWEEk, vol. 9 No. 27 (Jul. 10, 1995).

Jennifer G. Steiner, et al., Kerberos: An Authentication Service for Open Network Systems, USENIX Winter Conference, Dallas, Texas (Feb. 9-12, 1988).

Joe Maloney, DCE: Focus on Security, the Internet and the Future (printed Apr. 25, 2002, date unknown).

Joe Pato, et al., Distributed Computing Environment (DCE) Design of the Security Services and Facilities (Aug. 10, 1992).

Joe Pato. Extending the DCE Authorization Model to Support Practical Delegation—Extended Summary (Jul. 7, 1992).

Joe Pato. RFC 3.0: Extending the DCE Authorization Model to Support Practical Delegation—Extended Summary (Jun. 1992).

Joe Pato. RFC 6.0: A Generic Interface for Extended Registry Attributes (Jun. 1992).

John A. Pershing, Jr., et al., IEN 162: Transport, Addressing, and Routing in the Wideband Net (Oct. 1980).

John F. Shoch, IEN 19: Inter-Network Naming, Addressing, and Routing (Jan. 1978).

John Ioannidis, et. al., IP-based Protocols for Mobile Internetworking, Columbia Univ., Dept. of Computer Science (1991).

John R. Pickens, et al., RFC 756: The NIC Name Server—A Datagram Based Information Utility (Jul. 1979).

John T. Kohl, The Zephyr Notification Service, First International Athena Technical Conference (Apr. 11, 1991).

John Veizades, et al., Service Location Protocol, Internet Draft (May 2, 1995).

Jon Hill, et al., Pow Wow, PC Magazine, vol. 15, No. 17 (Oct. 8, 1996).

Jon Hill. TeleVox, PC Magazine, vol. 15, No. 17 (Oct. 8, 1996).

Jon Livesey. Inter-process Communication and Naming in the Mininet System. Eighteenth Annual IEEE Computer Society International Conference, San Francisco, California (1979).

Jon Postel, RFC 921: Domain Name System Implementation Schedule—Revised (Oct. 1984).

José M. Bernabeu-Auban, et al., Optimizing a Generalized Polling Protocol for Resource Finding over a Multiple Access Channel, Computer Networks and ISDN Systems 27 (1995).

US 6,513,066 C1

Page 12

Josina M. Arfman, et al., Project Athena: Supporting Distributed Computing at MIT. IBM Systems Journal (1992).

K. Harrenstien, et al., RFC 811: Hostname Server (Oct. 1985).

K. Harrenstien, et al., RFC 952: DoD Internet Host Table Specification (Oct. 1985).

K. Harrenstien, RFC 742: Name/Finger (Dec. 30. 1977).

Kahane, Opher et al., "Call Management Agent System Specification"VoIP Forum Technical Committee Contribution (dated Aug. 15, 1996).

Karl Auerbach, et al., RFC 1001: Protocol Standard for a NetBIOS Service on a TCP/UDP Transport: Concepts and Methods (Mar. 1987).

Keith A. Lantz, et al., Towards a Universal Directory Service, 4th PODC Conference Proceedings (Association for Computing Machinery, 1985).

Ken Harrenstien, et al., RFC 811: Hostnames Server (Mar. 1, 1982).

Ken Harrenstien, RFC 811: Hostnames Server (Mar. 1, 1982).

Ken Harrenstien, RFC 812: Nickname/Whois (Mar. 1, 1982).

Kenneth Hart, Startups, industry mainstays add to Internet phone menu, Communicationsweek Int'l (Nov. 27, 1995).

Klaus Zeuge, et al., The Client–to–Client Protocol (CTCP) (published no later than Aug. 12, 1994).

Kohl, John T., "Zephyr Installation and Operation Guide", Draft—Nov. 20, 1989.

Koster, Steven "The Phone Companies Worst Nightmare" Hotwired, Apr. 1995.

L. Landweber, et al., Architecture of the CSNET Name Server (Association for Computing Machinery, 1983).

L. Peter Deutsch, RFC 606: Host Names On–Line (Dec. 1973).

Larry L. Peterson, A Yellow–Pages Service for a Local–Area Network (Association for Computing Machinery, 1988).

Larry L. Peterson, The Profile Naming Service, ACM Transactions on Computer Systems. vol. 6, No. 4. (Nov. 1988).

Lisa Zahn, et al., Network Computing Architecture, Prentice Hall (1990).

List of Names from a DCE Meeting: attendees from DISA, OSF, DEC, Mitre, HP, Open Market and others (undated).

Listserv posting by Jon Postel, Dynamic Updated Proposal, dated Sep. 1 and 9, 1993.

Listserv postings by Susan Thomson, DNS Dynamic Updates, dated Jul. 14, 1994.

Lon Wagner, New Software Lets Users Talk for Cheap, Virginian–Pilot (Mar. 26, 1995).

M. Bever, et al., Distributed Systems, OSF DCE, and Beyond (1993).

M.D. Kudlick, RFC 608: Host Names On–Line (Jan. 10, 1974).

Making the Most of IP Telephony, VocalTec Annual Report 1997.

Mark Crispin, RFC 752: A Universal Host Table (Jan. 2, 1979).

Mark Reid, Ptell Call Control Procedure in H.323 (Jun. 16, 1995).

Markus Sohlenkamp & Greg Chwelos, Integrating Communication, Cooperation, and Awarness: The DIVA Virtual Office Environment (1994).

Mic Bowman, et al., Univers: An Attribute–based Name Server, Software Practice and Experience, vol. 20(4) (Apr. 1990).

Michael D. Schroeder, et al., Experience with Grapevine: The Growth of a Distributed System, ACM Transactions on Computer Systems (Feb. 1984).

Michael D. Schroeder, et al., Experience with Grapevine: The Growth of a Distributed System, ACM Transactions on Computer Systems, vol. 2, No. 1 (Feb. 1984).

Michael F. Schwartz, et al., A Comparison of Internet Resource Discovery Approaches, Computing Systems (Aug. 1992).

Michael F. Schwartz, et al., A Name Service for Evolving, Heterogeneous Systems, ACM (1987).

Michael J. Bibeau, A Formative Evaluation of CU–SeeMe, Masters Thesis, Virginia Polytechnic Institute and State University (Feb. 20, 1995) (including CU–SeeMe Users Manual by same author published Jan. 1995).

Michelle Slatalla, Hold the Phone! You can Call Long Distance on a Computer For Pennies, But it has its Drawbacks, Newsday (Mar. 14, 1995).

Mike Kong, et al., Network Computing System Reference Manual, Prentice Hall (1990).

Mike Kudlick, et al., RFC 627: ASCII Text File of Hostnames (Mar. 25, 1974).

Mitch Wagner, Phone Home Cheaply Over the I–Way, Open Systems Today (Feb. 20, 1995).

Mitre Fort Meade Site DCE Meeting Sign In Sheet Jan. 16, 1995.

Mostafa H. Ammar, et al., Using Hint Tables to Locate Resources in Distributed Systems (IEEE, 1988).

Motorola Micro TAC International 5000 Series Manual (undated).

Motorola Micro TAC International 7000 Series (dated May 1994).

Motorola Micro TAC International 7500 Series (undated).

Motorola Micro TAC International 8000 Series (undated).

Nate Zelnick, Chat on the Web: An Overview, Interactive Content, vol. 2, No. 17 (Sep. 1995).

Nautilius: Secure Computer Telephony, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Aug. 7, 1996).

NetPhone 1.0 User Manual, Electric Magic Company (document includes date Dec. 31, 1994).

NetPhone 1.1 User Manual, Electric Magic Company (document includes date Feb. 16, 1995).

NetPhone Demo Instructions, Electric Magic Company, 1994.

NetPhone Devleopment Plan (undated).

NetPhone Development Plan v0.1 (undated).

NetPhone Digital User Manual, Electric Magic Company, Feb. 26, 1995.

NetPhone Digital User Manual, Electric Magic Company, Mar. 12, 1995.

NetPhone Information Manual, Electric Magic Company, May 30, 1995.

NetPhone Testing Notes, Sep. 28. 1994.

Netphone, Change Notes, Dec. 6.

Nigel Hinds, et al., Name Space Models for Locating Services, IBM Canada Laboratory Technical Report 74.074 (1991).

Norbert Leser, Towards a Worldwide Distributed File System: The OSF DCE File System as an example (Sep. 27, 1990).

Open Group, Cambridge Information (Jun. 23, 1997).

Open Software Foundation Security Sig (Mar. 19, 1996).

**US 6,513,066 C1**

Page 13

Open Software Foundation. AES/Distributed Computing RPC Volume. PTR Prentice Hall (1994).

Open Software Foundation. DCE Internals Course. Instructor Guide vol. 1 (1992).

Open Software Foundation. DCE Internals Course. Instructor Guide vol. 2 (1992).

Open Software Foundation. Industry Analysis of DCE (May 15, 1990).

Open Software Foundation. Introduction to OSF DCE. Prentice Hall (1992).

Open Software Foundation. Open Line Magazine (May/Jun. 1990).

Open Software Foundation. OSF DCE Administration Guide Core Components. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE Administration Guide—Extended Services. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE Administration Guide—Introduction. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE Administration Reference. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE Application Development Guide. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE Application Development Reference. PTR Prentice Hall (1993).

Open Software Foundation. OSF DCE User's Guide and Reference. PTR Prentice Hall (1993).

OSF DCE User's Guide and Reference (Prentice–Hall, Inc., 1993).

P. Deutsch, et al., RFC 1835: Architecture of the Whois++ Service (Aug. 1995).

P. Faltstrom, et al., RFC 1914: How to Interact with a Whois++ Mesh (Feb. 1996).

P. Mockapetris, RFC 882: Domain Names—Concepts and Facilities (Nov. 1983).

P. Mockapetris, RFC 883: Domain Names—Implementation and Specification (Nov. 1983).

P. Venkat Rangan, et al., Software Architecture for Integration of Video Services in the Etherphone System, IEEE Journal on Selected Areas in Communications, vol. 9, No. 9 (Dec. 1991).

P.M. Gopal, et al., Consistent Resource Registration, IBM Technical Disclosure Bulletin, vol. 37, No. 9 (Sep. 1994).

Part 1 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).

Part 2 chapter 2 thru 5 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).

Part 2 chapter 6 thru 13 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).

Part 3 and Part 4 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).

Pato. Joseph N., A Generic Interface for Extended Registry Attributes, Jul. 7, 1992.

Paul Albitz et al., DNS and Bind in a Nutshell (O'Reilly & Associates, 1992).

Paul Mockapetris. RFC 1034: Domain Name—Concepts and Facilities (Nov. 1987).

Paul Mockapetris, RFC 1035: Domain Name—Implementation and Specification (Nov. 1987).

Paul. V. Mockapetris, et al., Development of the Domain Name Server. Computer Communication Review, vol. 18, No. 4, (Aug. 1988).

Paul V. Mockapetris, et al., Development of the Domain Name System, Computer Communication Review (Aug. 1988).

Phoning By Web. San Francisco Chronicle (Mar. 12, 1996).

PictureTel Corp., 10–K405/A (filed Jan. 13, 1988).

PictureTel LiveLan (printed Dec. 3, 2007).

Ping Lin's Email to mackey, comments on DCE 1.1 Delegation RFC, Jul. 2, 1992.

Polle T. Zellweger, et al., An Overview of the Etherphone System and its Applications (IEEE, 1988).

Postel, RFC 791: Internet Protocol: Darpa Internet Program Protocol Specification (Sep. 1981).

Postel, RFC 793: Transmission Control Protocol: Darpa Internet Program Protocol Specification (Sep. 1981).

PowWow For Microsoft windows User's Guide, Version 1.4B, Documentation by Token White Man (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.5, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.6 beta 2, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.6 beta, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.7 beta 1, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.7 beta 2, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.7 beta 3, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 1.7 beta 4, Documentation by Aryeh Goretsky (dated 1995).

PowWow For Microsoft Windows User's Guide, Version 2.0 beta 1, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.1, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.2 beta 1, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.2 beta 2, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.3 Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.31, Documnetation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 2.32, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow For Microsoft Windows User's Guide, Version 3.0 beta 3, Documentation by Aryeh Goretsky (dated 1995, 1996).

PowWow User Local Server Version 1.0 beta 2 Release Notes (Dated Jun. 18, 1996).

PowWow User Location Server for Microsoft Windows NT and 95 Version 1.0 beta 2 Installation Guide, by Gorestsky, Aryeh (dated 1996).

PowWow Version Release Notes (covering versions 1.4b to 2.32) (dated Jun. 26, 1996).

PowWow32 Release Notes (PowWow Versions 3.0 beta 3 and 3.0 beta 2) (dated Nov. 21, 1996).

Prospectus for VocalTech Ordinary Shares, Feb. 6, 1996.

**US 6,513,066 C1**

Page 14

Questions and Commnets: DCE RFC 6.0 "A Generic Interface for Extended Registry Attributes" Commentary by Bob Blakley, Jul. 6, 1992.

R. Braden, RFC 1644 T/CP—TCP Extensions for Transactions Functional Specifications (Jul. 1994).

R. Droms, RFC 1531: Dynamic Host Configuration Protocol (Oct. 1993).

R. Droms, RFC 1541: Dynamic Host Configuration Protocol (Oct. 1993).

R.C. Summers, Local–Area Distributed Systems, IBM Systems Journal, vol. 28, No. 2 (1989).

Raj Pandya, Emerging Mobile and Personal Communication Systems, IEEE Communications Magazine (Jun. 1995).

RFC 1001: Protocol Standard for the NetBIOS Service on a TCP/UDP Transport: Concepts and Methods, Mar. 1987.

RFC 1057: RPC Remote Procedure Call Protocol Specification Version 2, Jun. 1988.

Richard Karpinski, Internet Phones Battle for the Market, Interactive Age, No. 212 (1995).

Richard Karpinski, Upgrading Internet Phone—VocalTech Offer full–Duplex Version. Eliminating Voice Delays, Interactive Age, No. 216 (1995).

Richard T. Snodgrass, Developing Time–Oriented Database Applications in SQL, Morgan Kaufmann Publishers (2000).

Rivka Tadjer, Internet Communications Solutions: How Well Do They Work?, Computer Shopper, vol. 15, No. 6 (Jun. 1995).

Rivka Tadjer, Internet Phones to Upstage Videoconferencing Products?Talk is Cheaper with Local Worldwide Dialing, Computer Shopper, vol. 15, No. 5 (May 1995).

Rob Walters, Computer Telephone Integration (Artech House, 1993).

Robert E. Kahn, et al., Advances in Packet Radio Technology, Proceedings Of The IEEE (Nov. 1978).

Robert Gurwitz, et al., IEN 212: IP—Local Area Network Addressing Issues (Sep. 1982).

Robert J. Williams, User Location Service (Feb. 1996).

Robert Joseph Fowler, Decentralized Object Finding Using Forwarding Addresses, Ph.D. Thesis, University of Washington (Dec. 1985).

Robert Richardson, Internet Phone, LAN Magazine, vol. 10, No. 7 (Jul. 1995).

Robert Richardson, Pow Wow, Anyone? A Web Chat That Works, LAN Magazine, vol. No. 9 (Sep. 1995).

Robert S. French, et al., The Zephyr Programmer's Manual, Rev. 2.1 (May 5, 1989).

Rosen, Nick "Internet Opens Line on Cheap Global Phone Calls" The Guardian, Feb. 10, 1995, A1.

S. Waldbusser, et al., RFC 1742: Apple Talk Management Information Base II (Jan. 1995).

S.R. Ahuja, et al., The Rapport Multimedia Conferencing System, ACM (1988).

Sakae Okubo, et al., Draft ITU–T Recommendation H. 245—Line Transmission of Non–Telephone Signals: Control Protocol for Multimedia Communication (Nov. 14, 1995).

Sakae Okubo, et al., ITU–T Recommendation H.245—Line Transmission of Non–Telephone Signals: Control Protocol for Multimedia Communcation (May 20, 1996).

Sakae Okubo, et al., Line Transmission of Non–Telephone Signals: Control Protocol for Multimedia Communications, Recommendation H245 (May 20, 1996).

Sakae Okubo, et. al., ITU–T Standardization of Audiovisual Communication Systems in ATM and LAN Environments (Apr. 17, 1996).

Sape J. Mullender, et al., Distributed Match–Making for Processes in Computer Networks (Association for Computing Machinery, 1985).

Sape Mullender, ed., Distributed Systems, ACM Press (1992).

Sapwater, E. "Webbed", 2 pages (undated).

Saruchi Mohan, Internet Phone Accepting Calls, Computerworld (Feb. 27, 1995).

Savetz, Kevin "Net as Phone" Internet World, Jul. 1995.

Schill, et al., ed., IFIP/IEEE International Conference on Distributed Platforms—Client/Server and Beyond: DCE Corba, ODP & advanced Distribution Applications. Technical University Bergakademie Freiburg (1996).

Schulzrinne, Service Conference Invitation Protocol, Internet Draft (Feb. 22, 1996).

Scott Kahn, Leave Your Message on My PC After the Beep, PC Week (Oct. 3, 1994).

Sharon Fisher, Fruits of Athena—Academic Projects Like Athen Have Given the World Its First Inkling of What Computer Interoperability is all About. Communications Week (1992).

Snell, Jason "Foiling Ma Bell" MacUser, Jul. 1995.

Speak Freely, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).

Staff Phone List (Jul. 1, 1997).

Steinberg, Bob "Will Politics Interfere With The Global Internet?" Mashpee Enterprise, Apr. 28, 1995.

Stephen A. Uhler, PhoneStation, Moving the Telephone onto the Virtual Desktop, 1993 Winter Usenix, San Diego, California (Jan. 25–29, 1993).

Steve Hamm, The Merry Pranksters, PC Week, vol. 12 No. 34 (Aug. 28, 1995).

Stuart Harris, The IRC Survival Guide: Talk to the World with Internet Relay Chat (Addison–Wesley, Feb. 1995).

Sun Microsystems, Inc., RFC 1050: RPC: Remote Procedure Call Protocol Specification Version 2 (Jun. 1988).

Surfers Can Drop Phones, Electronics Times (Feb. 16, 1995).

Susan Thomson, et al., DNS Dynamic Updates, IETF DNSIND Working Group (Jul. 1994).

T. Berners–Lee, et al., RFC 1738: Uniform Resource Locators (URL) (Dec. 1994).

Tamila Baron, Hearing Voices on the Net, Communication Week (Feb. 20, 1995).

Tamila Baron, VocalTec, Motorola Team Up for Internet Phone and Modem Bundle, Communications Week, No. 549 (1995).

Ted Anderson's Email to dmackey re DCE 1.1 Delegation Proposal for Review, Jun. 23, 1992.

Ted Anderson's Email to pato, Re: RFC 7.0 (really glp92), Jul. 21, 1992.

The 4.4BSD–Lite distribution announcement, Computer Systems Research Group (Mar. 1, 1994) and related newsgroup postings, dated Apr. 21–22, 1994.

The Electric Magic Company, Business Plan, Version 0.1 draft, Apr. 17, 1995.

The Open Group Organization Chart (Oct. 1997).

The Open Group Organization Chart Oct. 1996 (Confidential).

The OSF Distributed Computing Environment: Building on International Standards. OSF White Paper (Apr. 1992).

The VocalChat User's Guide. Sep. 28, 1993.
Thomas Maresca, The Internet Phone Company?, Consumer Information Appliance. No. 55 (Feb. 1995).
TIMOP: DCE Time Operations Sample Application. (undated).
Timothy J. O'Malley, Analysis of the Zephyr Communication Paradigm. Bachelor of Science in Computer Science and Engineering. Thesis, Massachusetts Institute of Technology (May 1993).
Todd Copilevitz. Heard on the Internet. The Star-Ledger (Mar. 7, 1995).
Tom Lyons, Network Computing System Tutorial, Prentice Hall (1991).
Tony Pompili, VocalTec: The Internet Phone Number?, PC Magazine (May 16, 1995).
Translation of Japanese Patent Application No. Sho 63[1988]-131637 (Original dated Jun. 3, 1988).
Transparencies: Walter Tuvell, DCE 1.0 Security Technology—Detailed Architectural Overview (Feb. 1997).
V. Jacobson. et al., RFC 1185: TCP Extension for High-Speed Paths (Oct. 1990).
VocalChat 1.01 Network Information (undated).
VocalChat Early Beta Release 1.02B Information (undated).
VocalChat GTI 2.12 Beta Retrival Instructions and Information (undated).
VocalChat Version 1.0. README.TXT, Nov. 1993.
VocalChat Version 1.01, README.TXT, Mar. 1994.
VocalChat Version 2.01 and Wan 2.01 README.TXT, May 1994.
VocalTec Annual Report, 1996.
VocalTec Cross–Reference Sheet, Pursuant to Item 501 of Reg. S–K (dated Jan. 1996).
VocalTec Internet Phone Information Sheet, 2 pages. (dated Jun. 1995).
VocalTec Internet Phone Version 3.0 Build 17, README.TXT. Aug. 11, 1995.
VocalTec Internet Phone Version 3.2 Build 21, README.TXT, Mar. 25, 1996.
VocalTec SEC 20–F Filing, 1996.
VocalTec SEC F–1 Filing, Dec. 22, 1995.
VocalTec SEC F–1 Filing, Jan. 5, 1996.
Voice Over the Internet, Boardwatch Magazine, vol. IX, No. 1 (Jan. 1995).
W. David Albrecht, CPA Firms on the World Wide Web, Ohio CPA Journal (Jun. 1996).
W. Simpson, RFC 1661: The Point–to–Point Protocol (PPP) (Jul. 1994).

W. Yeong, et al., RFC 1777, Lightweight Directory Access Protocol (Mar. 1995).
Walt and mactcp's ip addresses and code (undated).
Walter Tuvell, DCE 1.0 Security Technology—Detailed Architectural Overview (Feb. 1997).
Walter Tuvell, DCE 1.0 Security Technology Detailed Architectural Overview, Draft (Feb. 1997).
Walter Tuvell, DCE 1.0 Security Technology: Detailed Architectural Overview (Feb. 1997).
Walter Tuvell, DCE 1.0 Security Technology: Detailed Architectural Overview (May 1994).
Walter Tuvell, DCE Multi–Crypto Support—Proposal to NSA for Funding and Exportability of Multiple Cryptographic Mechanisms in OSF's Distributed Computing Environment (Sep. 12, 1995).
Walter Tuvell. Distribution & The Infobahn (1996).
Walter Tuvell, Exportability of DCE Multi–Crypto Feature (Mar. 5, 1996).
Walter Tuvell, RFC 98.0: Challenges Concerning Public–Key in DCE (Dec. 1996).
Walter Tuvell, System V/ONC Comparison to AIX/NCS (Oct. 3, 1988).
Walter Tuvell, The DCE Dance: Application Development in 29 Easy Steps (Sep. 1991).
Walter Tuvell, The OSF Distributed Computing Environment (DE). (undated).
Web Phone. from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).
WebSTAR Technical Reference (formerly MacHTTP), Star-Nine Technologies, 1995.
Wei Hu, DCE Security Programming, O'Reilly & Associates (Jul. 1995).
Welch. Nathalie "Vendors Ring in New Telephony Options" MacWeek, Apr. 10, 1995, p. 18.
Wendy Woods, Newsbytes Daily Summary, Newsbytes (Jun. 10, 1994).
William M. Bulkeley, On–line: Hello, world. Audible Chats on the Internet, Wall Street Journal (Feb. 10, 1995).
Winther, Mark. "The World Wide Web Phones Home: Internet Telephony Market Assessment, 1996–1999", International Data Corporation White Paper (dated 1996).
Xerox System Integration Standard Clearinghouse Protocol (Apr. 1984).
Yakov Rekhter, et al., Dynamic Updates in the Domain Name System (DNS):Architecture and Mechanism, Internet–Draft, DNSIND Working Group (Jul. 15, 1994).

US 6,513,066 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

2

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 1-3 and 6-8 is confirmed.

Claims 4-5 and 9-15 were not reexamined.

* * * * *