# EXHIBIT F

US006009469C1

(12) EX PARTE REEXAMINATION CERTIFICATE (8207th)

United States Patent (10) Number: US 6,009,469 C1

Mattaway et al. (45) Certificate Issued: May 10, 2011

(54) **GRAPHIC USER INTERFACE FOR INTERNET TELEPHONY APPLICATION**

(75) Inventors: **Shane D. Mattaway**, Boca Raton, FL (US); **Glenn W. Hutton**, Miami, FL (US); **Craig B. Strickland**, Tamarac, FL (US)

(73) Assignee: **Net2Phone, Inc.**, Newark, NJ (US)

**Reexamination Request:**
No. 90/010,422, Feb. 26, 2009

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,009,469** |
| Issued: | **Dec. 28, 1999** |
| Appl. No.: | **08/721,316** |
| Filed: | **Sep. 25, 1996** |

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/533,115, filed on Sep. 25, 1995, now Pat. No. 6,108,704.

(60) Provisional application No. 60/025,415, filed on Sep. 4, 1996, and provisional application No. 60/024,251, filed on Aug. 21, 1996.

(51) **Int. Cl.**

| | |
|---|---|
| *H04M 1/72* | (2006.01) |
| *H04M 1/65* | (2006.01) |
| *H04M 1/66* | (2006.01) |

(52) **U.S. Cl.** ........................................................ **709/227**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,313,035 | A | 1/1982 | Jordan et al. |
| 4,332,982 | A | 6/1982 | Thomas |
| 4,410,765 | A | 10/1983 | Hestad et al. |
| 4,423,414 | A | 12/1983 | Bryant et al. |
| 4,446,519 | A | 5/1984 | Thomas |
| 4,450,554 | A | 5/1984 | Steensma et al. |
| 4,468,529 | A | 8/1984 | Samuel et al. |
| 4,491,693 | A | 1/1985 | Sano et al. |
| 4,528,659 | A | 7/1985 | Jones, Jr. |
| 4,589,107 | A | 5/1986 | Middleton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 200059377 | A1 | 11/2000 |
| AU | 200059378 | A1 | 11/2000 |
| AU | 200059379 | A1 | 11/2000 |
| EP | 0455402 | A2 | 11/1991 |
| EP | 0497022 | A1 | 5/1992 |

(Continued)

OTHER PUBLICATIONS

The Open Group, Technical Standard, *Protocols for X/Open PC Interworking: SMB, Version 2*, 1992, pp. ii–xvi and pp. 1–516.

Zellweger, Polle T., et al., *Etherphone: Collected Papers 1987–1988*, Xerox Corporation, May 1989.

Vin, Herrick M., et al, *Multimedia Conferencing in the Etherphone Environment*, Oct. 1991, pp. 69–79.

Droms, R., *Dynamic Host Configuration Protocol, RFC 1531*, Bucknell University, Oct. 1993, pp. 1–39.

U.S. Patent No. 5533110 issued to Pinard, et al. ("the Pinard patent").

(Continued)

*Primary Examiner*—Alexander J Kosowski

(57) **ABSTRACT**

A communication utility for establishing real-time, point-to-point communications between processes over a computer network includes apparatus for querying a server as to the network protocol address of another client process, and apparatus for directly establishing a communication link with the client process upon receipt of the network protocol address from the server. In one embodiment, the utility includes a sophisticated user interface having features similar to typical telephony hardware but implementing greater flexibility with software.



OTHER PUBLICATIONS


4,594,477 A 6/1986 Noirot
4,598,397 A 7/1986 Nelson et al.
4,602,132 A 7/1986 Nagatomi et al.
4,630,262 A 12/1986 Callens et al.
4,652,703 A 3/1987 Lu et al.
4,653,090 A 3/1987 Hayden
4,654,483 A 3/1987 Imai et al.
4,658,093 A 4/1987 Hellman
4,694,492 A 9/1987 Wirstrom et al.
4,706,274 A 11/1987 Baker et al.
4,740,963 A 4/1988 Eckley
4,754,479 A 6/1988 Bicknell et al.
4,755,985 A 7/1988 Jayapalan et al.
4,756,020 A 7/1988 Fodale
4,759,056 A 7/1988 Akiyama
4,782,485 A 11/1988 Gollub
4,799,153 A 1/1989 Hann et al.
4,800,488 A 1/1989 Agrawal et al.
4,809,271 A 2/1989 Kondo et al.
4,813,040 A 3/1989 Futato
4,819,228 A 4/1989 Baran et al.
4,821,263 A 4/1989 Lundh
4,823,374 A 4/1989 Verlohr
4,827,411 A 5/1989 Arrowood
4,829,554 A 5/1989 Barnes et al.
4,837,797 A 6/1989 Freeny, Jr.
4,866,704 A 9/1989 Bergman
4,866,732 A 9/1989 Carey et al.
4,873,715 A 10/1989 Shibata
4,887,265 A 12/1989 Felix
4,890,282 A 12/1989 Lambert et al.
4,899,333 A 2/1990 Roediger
4,899,373 A 2/1990 Lee et al.
4,912,705 A 3/1990 Paneth et al.
4,914,571 A 4/1990 Baratz et al.
4,928,306 A 5/1990 Biswas et al.
4,932,022 A 6/1990 Keeney et al.
4,953,159 A 8/1990 Hayden
4,962,449 A 10/1990 Schlesinger
4,981,371 A 1/1991 Gurak et al.
4,989,230 A 1/1991 Gillig et al.
4,995,074 A 2/1991 Goldman et al.
5,031,089 A 7/1991 Liu et al.
5,036,513 A 7/1991 Greenblatt
5,040,141 A 8/1991 Yazima et al.
5,056,140 A 10/1991 Kimbell
5,065,425 A 11/1991 Lecomte et al.
5,107,443 A 4/1992 Smith et al.
5,109,403 A 4/1992 Sutphin
5,113,499 A 5/1992 Ankney et al.
5,121,385 A 6/1992 Tominaga et al.
5,127,001 A 6/1992 Steagall et al.
5,127,003 A 6/1992 Doll, Jr. et al.
5,130,985 A 7/1992 Kondo et al.
5,134,648 A 7/1992 Hochfield et al.
5,136,716 A 8/1992 Harvey et al.
5,150,410 A 9/1992 Bertrand
5,153,908 A 10/1992 Kakizawa et al.
5,155,726 A 10/1992 Spinney et al.
5,157,592 A 10/1992 Walters
5,159,592 A 10/1992 Perkins
5,164,988 A 11/1992 Matyas et al.
5,185,860 A 2/1993 Wu
5,187,591 A 2/1993 Guy et al.
5,195,086 A 3/1993 Baumgartner et al.
5,212,789 A 5/1993 Rago
5,214,650 A 5/1993 Renner et al.
5,220,599 A 6/1993 Sasano et al.
5,241,594 A 8/1993 Kung
5,241,625 A 8/1993 Epard et al.
5,247,620 A 9/1993 Fukuzawa et al.
5,249,290 A 9/1993 Heizer
5,274,635 A 12/1993 Rahman et al.
5,282,197 A 1/1994 Kreitzer
5,283,819 A 2/1994 Glick et al.
5,287,103 A 2/1994 Kasprzyk et al.
5,301,324 A 4/1994 Dewey et al.
5,305,312 A 4/1994 Fornek et al.
5,315,705 A 5/1994 Iwami et al.
5,319,705 A 6/1994 Halter et al.
5,325,524 A 6/1994 Black et al.
5,327,486 A 7/1994 Wolff et al.
5,329,619 A 7/1994 Page et al.
5,335,276 A 8/1994 Thompson et al.
5,341,374 A 8/1994 Lewen et al.
5,347,632 A 9/1994 Filepp et al.
5,377,260 A 12/1994 Long
5,388,213 A 2/1995 Oppenheimer et al.
5,396,485 A 3/1995 Ohno et al.
5,402,477 A 3/1995 McMahan et al.
5,402,528 A 3/1995 Christopher et al.
5,408,526 A 4/1995 McFarland et al.
5,408,619 A 4/1995 Oran
5,410,754 A 4/1995 Favreau et al.
5,425,028 A 6/1995 Britton et al.
5,428,608 A 6/1995 Freeman et al.
5,434,913 A 7/1995 Tung et al.
5,440,547 A 8/1995 Easki et al.
5,440,632 A 8/1995 Bacon et al.
5,446,891 A 8/1995 Kaplan et al.
5,446,919 A 8/1995 Wilkins
5,452,289 A 9/1995 Sharma et al.
5,459,864 A 10/1995 Brent et al.
5,461,611 A 10/1995 Drake, Jr. et al.
5,461,668 A 10/1995 Zdenek et al.
5,467,388 A 11/1995 Redd et al.
5,469,500 A 11/1995 Satter et al.
5,473,531 A 12/1995 Flora-Holmquist et al.
5,474,741 A 12/1995 Mikeska et al.
5,474,819 A 12/1995 Chambers et al.
5,475,819 A 12/1995 Miller et al.
5,481,720 A 1/1996 Loucks et al.
5,483,524 A 1/1996 Lev et al.
5,487,100 A 1/1996 Kane
5,491,800 A 2/1996 Goldsmith et al.
5,499,295 A 3/1996 Cooper
5,500,890 A 3/1996 Rogge et al.
5,502,727 A 3/1996 Catanzaro et al.
5,515,508 A 5/1996 Pettus et al.
5,517,432 A 5/1996 Chandra et al.
5,528,671 A 6/1996 Ryu et al.
5,533,102 A 7/1996 Robinson et al.
5,533,110 A 7/1996 Pinard et al.
5,544,164 A 8/1996 Baran
5,544,322 A 8/1996 Cheng et al.
5,546,448 A 8/1996 Caswell et al.
5,546,452 A 8/1996 Andrews et al.
5,548,636 A 8/1996 Bannister et al.
5,548,694 A 8/1996 Frisken Gibson
5,555,290 A 9/1996 McLeod et al.
5,563,882 A 10/1996 Bruno et al.
5,572,643 A 11/1996 Judson
5,574,774 A 11/1996 Ahlberg et al.
5,574,934 A 11/1996 Mirashrafi et al.
5,581,522 A 12/1996 Sibuya et al.
5,581,702 A 12/1996 McArdle et al.
5,586,257 A 12/1996 Perlman
5,586,260 A 12/1996 Hu
5,604,737 A 2/1997 Iwami et al.
5,606,669 A 2/1997 Bertin et al.
5,608,786 A 3/1997 Gordon

5,614,940 A 3/1997 Cobbley et al.
5,615,257 A 3/1997 Pezzullo et al.
5,619,557 A 4/1997 Van Berkum
5,621,789 A 4/1997 McCalmont et al.
5,623,483 A 4/1997 Agrawal et al.
5,623,490 A 4/1997 Richter et al.
5,623,605 A 4/1997 Keshav et al.
5,625,407 A 4/1997 Biggs et al.
5,627,978 A 5/1997 Altom et al.
5,636,282 A 6/1997 Holmquist et al.
5,636,346 A 6/1997 Saxe
5,642,156 A 6/1997 Saiki
5,644,629 A 7/1997 Chow
5,649,194 A 7/1997 Miller et al.
5,651,006 A 7/1997 Fujino et al.
5,652,759 A 7/1997 Stringfellow, Jr.
5,655,120 A 8/1997 Witte et al.
5,659,542 A 8/1997 Bell et al.
5,659,596 A 8/1997 Dunn
5,668,862 A 9/1997 Bannister et al.
5,671,412 A 9/1997 Christiano
5,671,428 A 9/1997 Muranaga et al.
5,675,507 A 10/1997 Bobo
5,680,392 A 10/1997 Semaan
5,684,800 A 11/1997 Dobbins et al.
5,684,951 A 11/1997 Goldman et al.
5,689,553 A 11/1997 Ahuja et al.
5,689,641 A 11/1997 Ludwig et al.
5,692,180 A 11/1997 Lee
5,692,192 A 11/1997 Sudo
5,694,594 A 12/1997 Chang
5,701,463 A 12/1997 Malcolm
5,708,422 A 1/1998 Blonder et al.
5,708,655 A 1/1998 Toth et al.
5,710,884 A 1/1998 Dedrick
5,717,923 A 2/1998 Dedrick
5,719,786 A 2/1998 Nelson et al.
5,721,827 A 2/1998 Logan et al.
5,724,092 A 3/1998 Davidsohn et al.
5,724,412 A 3/1998 Srinivasan
5,724,506 A 3/1998 Cleron et al.
5,724,648 A 3/1998 Shaughnessy et al.
5,726,984 A 3/1998 Kubler et al.
5,729,748 A 3/1998 Robbins et al.
5,732,078 A 3/1998 Arango
5,734,828 A 3/1998 Pendse et al.
5,736,968 A 4/1998 Tsakiris
5,742,668 A 4/1998 Pepe et al.
5,742,675 A 4/1998 Kilander et al.
5,742,762 A 4/1998 Scholl et al.
5,742,905 A 4/1998 Pepe et al.
5,745,642 A 4/1998 Ahn
5,745,702 A 4/1998 Morozumi
5,745,711 A 4/1998 Kitahara et al.
5,751,712 A 5/1998 Farwell et al.
5,751,961 A 5/1998 Smyk
5,754,636 A 5/1998 Bayless et al.
5,754,939 A 5/1998 Herz et al.
5,758,110 A 5/1998 Boss et al.
5,758,257 A 5/1998 Herz et al.
5,761,606 A 6/1998 Wolzien
5,764,736 A 6/1998 Shachar et al.
5,764,741 A 6/1998 Barak
5,764,756 A 6/1998 Onweller
5,767,897 A 6/1998 Howell
5,768,527 A 6/1998 Zhu et al.
5,771,355 A 6/1998 Kuzma
5,774,656 A 6/1998 Hattori et al.
5,774,660 A 6/1998 Brendel et al.
5,774,666 A 6/1998 Portuesi
5,778,181 A 7/1998 Hidary et al.
5,778,187 A 7/1998 Monteiro et al.
5,784,564 A 7/1998 Camaisa et al.
5,784,619 A 7/1998 Evans et al.
5,787,253 A 7/1998 McCreery et al.
5,790,548 A 8/1998 Sistanizadeh et al.
5,790,792 A 8/1998 Dudgeon et al.
5,790,793 A 8/1998 Higley
5,790,803 A 8/1998 Kinoshita et al.
5,793,365 A 8/1998 Tang et al.
5,794,018 A 8/1998 Vrvilo et al.
5,794,257 A 8/1998 Liu et al.
5,796,394 A 8/1998 Wicks et al.
5,799,063 A 8/1998 Krane
5,799,072 A 8/1998 Vulcan et al.
5,799,150 A 8/1998 Hamilton et al.
5,805,587 A 9/1998 Norris et al.
5,805,810 A 9/1998 Maxwell
5,805,822 A 9/1998 Long et al.
5,809,233 A 9/1998 Shur
5,812,819 A 9/1998 Rodwin et al.
5,815,665 A 9/1998 Teper et al.
5,816,919 A 10/1998 Scagnelli et al.
5,818,510 A 10/1998 Cobbley et al.
5,818,836 A 10/1998 DuVal
5,819,084 A 10/1998 Shapiro et al.
5,822,524 A 10/1998 Chen et al.
5,825,865 A 10/1998 Oberlander et al.
5,828,837 A 10/1998 Eikeland
5,828,843 A 10/1998 Grimm et al.
5,828,846 A 10/1998 Kirby et al.
5,832,119 A 11/1998 Rhoads
5,832,240 A 11/1998 Larsen et al.
5,835,720 A 11/1998 Nelson et al.
5,835,723 A 11/1998 Andrews et al.
5,835,725 A 11/1998 Chiang et al.
5,838,683 A 11/1998 Corley et al.
5,838,970 A 11/1998 Thomas
5,841,769 A 11/1998 Okanoue et al.
5,842,216 A 11/1998 Anderson et al.
5,844,978 A 12/1998 Reuss et al.
5,848,143 A 12/1998 Andrews et al.
5,848,396 A 12/1998 Gerace
5,854,901 A 12/1998 Cole et al.
5,857,072 A 1/1999 Crowle
5,864,684 A 1/1999 Nielsen
5,867,156 A 2/1999 Beard et al.
5,867,654 A 2/1999 Ludwig et al.
5,867,665 A 2/1999 Butman et al.
5,872,850 A 2/1999 Klein et al.
5,872,922 A 2/1999 Hogan et al.
5,872,972 A 2/1999 Boland et al.
5,883,956 A 3/1999 Le et al.
5,884,032 A 3/1999 Bateman et al.
5,884,035 A 3/1999 Butman et al.
5,884,077 A 3/1999 Suzuki
5,890,162 A 3/1999 Huckins
5,892,825 A 4/1999 Mages et al.
5,892,903 A 4/1999 Klaus
5,892,924 A 4/1999 Lyon et al.
5,903,721 A 5/1999 Sixtus
5,903,723 A 5/1999 Beck et al.
5,903,727 A 5/1999 Nielsen
5,905,719 A 5/1999 Arnold et al.
5,905,736 A 5/1999 Ronen et al.
5,905,865 A 5/1999 Palmer et al.
5,905,872 A 5/1999 DeSimone et al.
5,915,001 A 6/1999 Uppaluru
5,923,736 A 7/1999 Shachar
5,924,093 A 7/1999 Potter et al.
5,925,103 A 7/1999 Magallanes et al.
5,928,327 A 7/1999 Wang et al.

| | | | |
|---|---|---|---|
| 5,929,849 | A | 7/1999 | Kikinis |
| 5,937,162 | A | 8/1999 | Funk et al. |
| 5,946,386 | A | 8/1999 | Rogers et al. |
| 5,946,629 | A | 8/1999 | Sawyer et al. |
| 5,950,123 | A | 9/1999 | Schwelb et al. |
| 5,950,172 | A | 9/1999 | Klingman |
| 5,953,350 | A | 9/1999 | Higgins |
| 5,956,482 | A | 9/1999 | Agraharam et al. |
| 5,956,485 | A | 9/1999 | Perlman |
| 5,961,584 | A | 10/1999 | Wolf |
| 5,964,872 | A | 10/1999 | Turpin |
| 5,969,967 | A | 10/1999 | Aahlad et al. |
| 5,982,774 | A | 11/1999 | Foladare et al. |
| 5,983,005 | A | 11/1999 | Monteiro et al. |
| 5,999,965 | A | 12/1999 | Kelly |
| 6,005,870 | A | 12/1999 | Leung |
| 6,006,257 | A | 12/1999 | Slezak |
| 6,009,469 | A | 12/1999 | Mattaway et al. |
| 6,014,379 | A | 1/2000 | White et al. |
| 6,014,710 | A | 1/2000 | Talluri et al. |
| 6,016,393 | A | 1/2000 | White et al. |
| 6,018,768 | A | 1/2000 | Ullman et al. |
| 6,018,771 | A | 1/2000 | Hayden |
| 6,021,126 | A | 2/2000 | White et al. |
| 6,026,086 | A | 2/2000 | Lancelot et al. |
| 6,026,425 | A | 2/2000 | Suguri et al. |
| 6,029,175 | A | 2/2000 | Chow et al. |
| 6,031,836 | A | 2/2000 | Haserodt |
| 6,032,192 | A | 2/2000 | Wegner et al. |
| 6,041,345 | A | 3/2000 | Levi et al. |
| 6,047,054 | A | 4/2000 | Bayless et al. |
| 6,047,292 | A | 4/2000 | Kelly et al. |
| 6,055,594 | A | 4/2000 | Lo et al. |
| 6,061,716 | A | 5/2000 | Moncreiff |
| 6,064,975 | A | 5/2000 | Moon et al. |
| 6,065,048 | A | 5/2000 | Higley |
| 6,067,350 | A | 5/2000 | Gordon |
| 6,069,890 | A | 5/2000 | White et al. |
| 6,085,217 | A | 7/2000 | Ault et al. |
| 6,101,182 | A | 8/2000 | Sistanizadeh et al. |
| 6,105,053 | A | 8/2000 | Kimmel et al. |
| 6,108,704 | A | 8/2000 | Hutton et al. |
| 6,122,255 | A | 9/2000 | Bartholomew et al. |
| 6,125,113 | A | 9/2000 | Farris et al. |
| 6,131,121 | A | 10/2000 | Mattaway et al. |
| 6,137,877 | A | 10/2000 | Robin et al. |
| 6,141,341 | A | 10/2000 | Jones et al. |
| 6,151,643 | A | 11/2000 | Cheng et al. |
| 6,154,445 | A | 11/2000 | Farris et al. |
| 6,163,316 | A | 12/2000 | Killian |
| 6,173,044 | B1 | 1/2001 | Hortensius et al. |
| 6,178,453 | B1 | 1/2001 | Mattaway et al. |
| 6,181,689 | B1 | 1/2001 | Choung et al. |
| 6,185,184 | B1 | 2/2001 | Mattaway et al. |
| 6,188,677 | B1 | 2/2001 | Oyama et al. |
| 6,195,357 | B1 | 2/2001 | Polcyn |
| 6,198,303 | B1 | 3/2001 | Rangasayee |
| 6,205,135 | B1 | 3/2001 | Chinni et al. |
| 6,212,625 | B1 | 4/2001 | Russell |
| 6,226,678 | B1 | 5/2001 | Mattaway et al. |
| 6,226,690 | B1 | 5/2001 | Banda et al. |
| 6,240,444 | B1 | 5/2001 | Fin et al. |
| 6,243,373 | B1 | 6/2001 | Turock |
| 6,266,539 | B1 | 7/2001 | Pardo |
| 6,275,490 | B1 | 8/2001 | Mattaway et al. |
| 6,282,272 | B1 | 8/2001 | Noonen et al. |
| 6,289,369 | B1 | 9/2001 | Sundaresan |
| 6,300,863 | B1 | 10/2001 | Cotichini et al. |
| 6,338,078 | B1 | 1/2002 | Chang et al. |
| 6,343,115 | B1 | 1/2002 | Foladare et al. |
| 6,343,220 | B1 | 1/2002 | Van Der Salm |
| 6,347,085 | B2 | 2/2002 | Kelly |
| 6,347,342 | B1 | 2/2002 | Marcos et al. |
| 6,360,266 | B1 | 3/2002 | Pettus |
| 6,377,568 | B1 | 4/2002 | Kelly |
| 6,385,583 | B1 | 5/2002 | Ladd et al. |
| 6,393,455 | B1 | 5/2002 | Eilert et al. |
| 6,427,064 | B1 | 7/2002 | Henderson |
| 6,434,552 | B1 | 8/2002 | Leong |
| 6,463,565 | B1 | 10/2002 | Kelly |
| 6,477,586 | B1 | 11/2002 | Achenson et al. |
| 6,513,066 | B1 | 1/2003 | Hutton et al. |
| 6,594,254 | B1 | 7/2003 | Kelly |
| 6,687,738 | B1 | 2/2004 | Hutton |
| 6,701,365 | B1 | 3/2004 | Hutton |
| 6,704,802 | B1 | 3/2004 | Finch et al. |
| 6,728,784 | B1 | 4/2004 | Mattaway |
| 6,772,335 | B2 | 8/2004 | Curtis et al. |
| 6,829,645 | B1 | 12/2004 | Hutton |
| 6,888,836 | B1 | 5/2005 | Cherkasova |
| 6,909,708 | B1 | 6/2005 | Krishnaswamy et al. |
| 2003/0050075 | A1 | 3/2003 | Rangarajan et al. |
| 2004/0204146 | A1 | 10/2004 | Deeds |
| 2005/0032435 | A1 | 2/2005 | Tischer et al. |
| 2005/0130611 | A1 | 6/2005 | Lu et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0518596 | | 12/1992 |
| EP | 0556012 | A2 | 8/1993 |
| EP | 0559047 | | 9/1993 |
| EP | 0581722 | | 2/1994 |
| EP | 0597691 | | 5/1994 |
| EP | 0632672 | | 1/1995 |
| EP | 0648038 | | 4/1995 |
| EP | 1379039 | A2 | 1/2004 |
| EP | 1379050 | A2 | 1/2004 |
| GB | 2283645 | | 5/1995 |
| JP | 5944140 | | 3/1984 |
| JP | 63-131637 | | 3/1988 |
| JP | 6-62020 | | 3/1994 |
| WO | WO-9003074 | | 3/1990 |
| WO | WO-9219054 | | 10/1992 |
| WO | WO-9422087 | | 9/1994 |
| WO | WO-9714234 | | 4/1997 |
| WO | WO-9811704 | | 3/1998 |

OTHER PUBLICATIONS

*VocalChat User's Guide Version 2.0*, Vocaltec, 1994, pp. 1-77.

*README, VocalChat Version 2.02 & VocalChat WAN Version 2.02*, Vocaltec, Jun. 1994, pp. 1-3.

*VocalChat 1.01 Network Information*, Vocaltec, 1994, pp. 1-10.

*VocalChat Information*, Vocaltec, 1994, pp. 1-31.

*VocalChat Troubleshooting*, Vocaltec, 1994, pp. 1-101.

VocalChat GTI Information file, believed to be included with VocalChat GTI version 2.12 dated Sep. 1994.

VocalChat GTI README.TXT for Version 2.12 Beta, dated Sep. 1994.

VocalChat GTI Troubleshooting.Inf, believed to be included with VocalChat GTI version 2.12 dated Sep. 1994.

Translation of Japanese Kokai H07-129488 (published May 19, 1995).

David Strom, "Talking Telephony", Windows Sources, Ziff-Davis Publishing Company, Sep. 1996, vol. 4, No. 9, pp. 6, 7, 10, 150-152, 157, 158, 163, 167, 169, 171, 174, 181, 184, 186, 195, 203, 208.

Emad Farag et al., "Structure and network control of a hierarchical mobile network architecture", IEEE Fourteenth Annual International Phoenix Conference on Computers and Communications, Mar. 1995, ISBN: 0-7803-2492-7, pp. 671-677.
English translation of JP-06-62020 (dated Mar. 4, 1994).
Huanxu Pan et al., "Analysis of a CCSS#7 Network supporting database services", IEEE International Conference on Information Engineering, Sep. 1993, ISBN: 0-7803-1445-X, pp. 193-197, vol. 1.
John E. Goodwin, Project Gutenberg Alpha Edition of Email 101, http://metalab.unc.edu/pub/docs/books/gutenberg/etext93/email025.txt, Jul. 1993.
Junichi Kimura, et al. "Voice/Data Multiplexing Transmission Methods", Kokai Japanese Patent, Kokai Sho 59-44140, pp. 205-215, with English Abstract, English Translation, pp. 1-24.
Mark R. Brown et al. "Special Edition: Using Netscape 2", Que Publishing, 1995, ISBN 0-7897-0612-1, pp. 7-35, 37-56, 78, 83, 176, 301-320, 393, 395-467, 469-506.
Preston Gralla, "How the Internet Works", Ziff-Davis Press, Emeryville, CA, c1997, pp. 34-37, 202-205, 214-215 and 272-275, ISBN 1-56276-552-3.
After Downsizing: Overcoming Client-Server Chaos (May 21, 1994).
Barrow Street Research report on New Paradigm Software Corp. (dated Sep. 20, 1995).
Camelot Corps Shining Internet Dream/Draws Skeptics (Aug. 95).
DigiPhone and Camelot Documents.
DigiPhone Documents (including Q and A) (prior to Sep. 1995).
DigiPhone Documents (prior to Sep. 1995).
DigiPhone for Mac (1996).
Electric Magic Beta Tester Agreement dated Jul. 21, 1995 (SKYPE-N2P01609523).
Electric Magic Company Releases NetPhone 1.2 and NetPub Server (dated Jun. 8, 1995).
Electric Magic Information (May 1995).
Electric Magic Notebooks (prior to Sep. 1995).
Electric Magic Notes (including references to Apr. 18, 1995) and patent pending.
Electric Magic Notes (including references to DigiPhone) (prior to Sep. 1995).
Electric Magic Press Release (dated Mar. 13, 1995).
Google Groups comp.dcom.videoconf posting (dated Jul. 5, 1995).
intern.tex (dated Aug. 30, 1994).
Jabra—Corporate and Product Backgrounder (Apr. 19, 1995).
Jabra Ear Phone Common Questions and Answers.
Jabra Ear phone PC. 1995.
Jabra Streamline Ear Phone. 1993.
List of source modules in NetPhone (dated Oct. 10, 1995).
MagicPhone Distribution Agreement (Aug. 1995).
Maven README (including 1994 copyright notice).
Net as Phone (Internet World Jul. 1995).
Net phone ad (with Jabra fax line) (May 1995).
NetPhone 1.1 User Manual (including date Jan. 9, 1995).
NetPhone Advertisement (Aug. 1995).
NetPhone Digital User Manual (dated Feb. 26, 1995).
NetPhone gives your Mac voice over the Internet (Inside the Internet—Jun. 1995).
NetPhone Tasks and Plans (dated Jan.-Feb. 1995).
Open Systems Today, Feb. 20, 1995.
Order for NetPhone version 1.2 labels (dated Jun. 6, 1995).
Phoneless Phoning Apr. 2, 1995.
PowWow Chunked Protocol Specification, Last edited Mar. 12, 1999.
PowWow Native Protocols, last updated Dec. 8, 1998.
Roadmap for the Internet (Mar. 1995).
SlipMagic Ad for MacZone (dated Sep. 28, 1995) for selling product.
The Mac Zone (Catalog) dated 1995.
Two-way voice calls over the Internet (Nov. 21, 1994).
Ubique documents relating to Virtual Places Products (dated 1995 and Mar. 1995).
Ubique Ships Virtual Places Client and Server (dated Mar. 20, 1995).
Ubique, Ltd. Fact Sheet (referencing NetPhone codecs and Vocaltec) (date unknown).
Welcome to NetPhone Demo (includes copyright date 1994).
"Circuit Switching", Ericsson, last published Jul. 5, 2001, found at http://www.ericsson.com/multiservicenetworks/circuitswitching/axe/ printed on Aug. 1, 2001, 2 pages.
"Data Communication Over the Telephone Network", International Telecommunication Union, CCITT The International Telegraph and Telephone Consultative Committee, Blue Book, vol. VIII—Fascicle VIII.1, IXth Plenary Assembly, Melbourne, Nov. 14-25, 1988, pp. 296-370.
"Full Duplex Speakerphone", IBM Technical Disclosure Bulletin, vol. 29, No. 12, May 1987, pp. 5599-5602.
"ICL OPD—One Per Desk", Issue Aug. 1, 1990, A Comprehensive Technical Information Document (24 pages).
"Information Processing Techniques Program, vol. II. Wideband Integrated Voice/Data Technology" Semiannual Technical Summary Report, Massachusetts Institute of Technology Lexington, MA, Oct. 1, 1977-Mar. 31, 1978, Issued Aug. 31, 1978, pp. 1-25 and 27-31, ADA067014.
"Integrated Voice/Data PABX Communications", IBM Technical Disclosure Bulletin, Sep. 1986, http://patents.ibm.com.
"Level 1-5 of 65 Stories" 1990 Network World, Inc., Apr. 16, 1990, pp. 114-115.
"Multi-Service Networks", Ericsson, last published Jun. 27, 2001, found at http://www.ericsson.com/multiservicenetworks/circuitswitching/ printed on Aug. 1, 2001, 2 pages.
"The History of TPC.INT", Jan. 15, 1999, 2 pages, found at http://www.tpc.int/faq/history.html printed on Aug. 8, 2002.
A. A. Kapauan, et al. "Wideband Packet Access for Workstations: Integrated Voice/Data/Image Services on the UNIX+ PC", IEEE Global Telecommunications Conference, Houston, Texas, Dec. 1-4, 1986, Conference Record vol. 3, pp. 1439-1441.
Ahrens, Richard L., "Frequently-Asked Questions about Internet VoiceChat 1.1 FAQ Version: 1.0", 1994, 6 pages.
Andy Hopper "Pandora—An Experimental System for Multimedia Applications", Operating Systems Review, Jan. 12, 1990, pp. 1-16.
Bennett, Geoff, "Designing TCP/IP Internetworks", Chapter 11, pp. 290, 291 and 323, Van Nostrand Reinhold, 1995.
Bernard Gold "Digital Speech Networks", Proceedings of the IEEE, vol. 65, No. 12, Dec. 1977, pp. 1636-1658.
Bill Newman "An ISDN Data and Voice Terminal Based on a Personal Computer", Globecom'85, IEEE Global Telecommunications Conference, Conference Record vol. 3, New Orleans, Louisiana, Dec. 2-5, 1985, pp. 1048-1052.

Borland, John, "Technology uses one number to find you on any device", May 17, 2001, 3 pages, found at http://news.cnet.com/news/0-1004-201-5939191-0.html.
C. Malamud et al., "Principles of Operation for the TPC.INT Subdomain: General Principles and Policy", RFC 1530, Oct. 1993, pp. 1-7.
C. Malamud et al., "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Administrative Policies", RFC 1529, Oct. 1993, pp. 1-5.
C. Malamud et al., "Principles of Operation for the TPC.INT Subdomain: Remote Printing—Technical Procedures", RFC 1528, Oct. 1993, pp. 1-12.
C. Topolcic "Experimental Internet Stream Protocol, Version 2 (ST-II)", Request for Comments 1190, Oct. 1990, pp. 1-148.
C. Yang, "INETPhone: Telephone Services and Servers on Internet", Request for Comments 1789, pp. 1-6, Apr. 1995.
Carl A. Sunshine, et al. "Broad-Band Personal Computer LAN's", IEEE Journal on Selected Areas in Communications, vol. SAC-3, No. 3, May 1985, pp. 408-415.
Cindy Mueller et al., "ATD Data Services", http://www.iita.ucar.edu/ws/datawkshop/Abstract-ATD.html, Jan. 5, 1995, 2 pages.
Clifford J. Weinstein, et al. "Experience with Speech Communication in Packet Networks" IEEE Journal on Selected Areas in Communications, vol. SAC-1, No. 6, (ISSN 0733-8716), Dec. 1983, pp. 963-980.
D. Adolphs, et al. "Adapters for the Public ISDN", pp. 72-80.
D. Perkins "The Point-to-Point Protocol for the Transmission of Multi-Protocol Datagrams Over Point-to-Point Links", Request for Comments 1171, ftp://ftp.isi.edu/in-notes/rfc1171.txt, Jul. 1990, pp. 1-48.
D.C. Swinehart et al., "Adding Voice to an Office Computer Network", IEEE Global Telecommunications Conference, Nov. 28-Dec. 1, 1983, Conference Record vol. 1 of 3, pp. 392-398.
Dale Gulick et al., "Interface the ISDN to Your PC With a Voice/Data Board", Design Applications, 2328 Electronic Design, 35 (1987) Dec. 10, No. 29, Hashbrouck Heights, NJ, USA, pp. 85-88, XP 000004313.
Daniel C. Swinehart "Telephone Management in the Etherphone System", IEEE/IEICE Global Telecommunications Conference '87, Conference Record vol. 2 of 3, Nov. 15-18, 1987, pp. 1176-1180.
Danny Cohen "A Network Voice Protocol NVP-II", Apr. 1, 1981, pp. 1-68.
Danny Cohen "Packet Communication of Online Speech", AFIPS Conference Proceedings, 1981 National Computer Conference, May 4-7, 1981, Chicago, Illinois, pp. 169-176.
Danny Cohen "Specifications for the Network Voice Protocol (NVP)", Request for Comments 741, Jan. 29, 1976, pp. 1-30.
Don H. Johnson, et al. "A Local Access Network for Packetized Digital Voice Communication", IEEE Transactions on Communications, vol. Com. 29, No. 5, May 1981, pp. 679-688.
Douglas B. Terry and Daniel C. Swinehart, "Managing Stored Voice in the Etherphone System", 1987 ACM 089791-242-X/87/0011/0103, pp. 103-104.
Douglas B. Terry And Daniel C. Swinehart, "Managing Stored Voice in the Etherphone System"ACM Transactions on Computer Systems, vol. 6, No. 1, Feb. 1988, pp. 3-27.
Eve M. Schooler, et al. "A Packet-Switched Multimedia Conferencing System", SIGOIS Bulletin, pp. 12-22.
Gary C. Kessler "ISDN Concepts, Facilities, and Services", McGraw-Hill, Inc., c1990, pp. 224-231, ISBN 0-07-034242-3.
Giulio Barberis, et al. "Coded Speech in Packet-Switched Networks: Models and Experiments" IEEE Journal on Selected Areas in Communications, vol. SAC-1, No. 6, Dec. 1983, pp. 1028-1038.
H. Jonathan Chao, et al. "A Packet Video System Using the Dynamic Time Division Multiplexing Technique", IEEE Global Telecommunications Conference, Houston, Texas, Dec. 1-4, 1988, Conference Record, vol. 3, pp. 0767-0772.
H. Opderbeck "Throughput Degredations for Single Packet Messages", Request for Comments 632, ftp://ftp.isi.edu/in-notes/rfc632.txt, May 20, 1974, pp. 1-6.
Henning Schulzrinne "Voice Communication Across the Internet: A Network Voice Terminal", Jul. 29, 1992, pp. 1-34.
Hiroshi Kobayashi and Hideaki Haruyama, "Voice, Data and Video Integrated Broadband Metropolitan Area Network", Electronics and Communications in Japan, Part 1, vol. 73, No. 11, 1990, pp. 34-42.
Hiroyuki Ichikawa et al. "High-Speed Packet Switching Systems for Multimedia Communications", IEEE Journal on Selected Areas in Communications, Oct. 1987, vol. SAC-5, No. 8 (ISSN 0733-8716), pp. 1336-1345.
Ian H. Merritt "Providing Telephone Line Access to a Packet Voice Network", University of Southern California, Marina Del Rey, Information Sciences Inst., Feb. 1983, ADA126270.
Implementation of Next-Generation Agent-Dedicated Communications, by Agatsuma et al., Tech Report of IEICE 94-216 (Mar. 1995).
Israel Gitman, et al. "Economic Analysis of Integrated Voice and Data Networks: A Case Study" Proceedings of the IEEE, vol. 66, No. 11, Nov. 1978, pp. 1549-1570.
J. Huelamo, et al. "End User Premises Equipment and Terminals for Broadband Applications", Electrical Communication, vol. 64, No. 2/3, 1990.
J. K. Reynolds et al., Voice File Interchange Protocol (VFIP), Request for Comments 978, ftp://ftp.isi.edu/innotes/rfc978.txt, Feb. 1986, pp. 1-5.
J. Romkey "A Nonstandard For Transmission of IP Datagrams Over Serial Lines: Slip", Request for Comments 1055, ftp://ftp.isi.edu/in-notes/std/std47.txt, Jun. 1988, pp. 1-6.
James D. Mills, et al. "A data and voice system for the general service telephone network", Proceedings IECON '87, 1987 International Conference on IND. Electronics, Control, and Instrumentation, Cambridge, Massachusetts, Nov. 3-6, 1987.
James W. Forgie "Speech Transmission in Packet-Switched Store-and-Forward Networks", AFIPS Conference Proceedings,1975 National Computer Conference, May 19-22, 1975, Anaheim, California, pp. 137-142.
James W. Forgie "Voice Conferencing in Packet Networks", ICC '80, Conference Record, International Conference on Communications, Seattle, WA, Jun. 8-12, 1980, vol. 1, 80CH1505-6 CSCB, pp. 21.3.1-21.3.4.
Jane's Military Communications 1979-80, pp. 452 and 453.
Jane's Military Communications 1985, pp. 585, 546, and 545.

Jane's Military Communications 1989, Tenth Edition, Edited by John Williamson, ISBN 0710608772, pp. 443, 507, and 512.

Jane's Military Communications 1990-91, Eleventh Edition, Edited by John Williamson, ISBN 0710609000, pp. [30], 264, 357, 398, 406, 450, 454, 456, 560, 572, 573, 814, 815, and 816.

Jane's Military Communications 1992-93, Thirteenth Edition, Edited by John Williamson, ISBN 0710609809, pp. 375, 376, 384, and 704.

Jim Stevens, "Much More Idle Chatter About Reference Models", http://www-mice.cs.ucl.ac.uk/multimedia/misc/tcp_ip/8709.mm.www/0041.html, Dec. 18, 1987, pp. 1-9.

John Bellamy, "Digital Telephony", c1982 John Wiley & Sons, Inc., pp. 392-397 and 410-412.

K. Sohraby, et al. "ISDN Primary Rate Interface Impact on Performance of Integrated Voice and Data on CSMA/CD Networks—A Measurement and Simulation Study", Globecom '90 IEEE Global Telecommunication Conference & Exhibition, San Diego, California, Dec. 2-5, 1990, vol. 2, pp. 0912-0919.

Ken Sherman "Data Communications—A User's Guide", 3rd Edition, c1981 Prentice-Hall, Inc., pp. 296-307 and 404-407.

Kevin Jeffay, et al. "Kernel Support for Live Digital Audio and Video", pp. 10-21, University of North Carolina at Chapel Hill, Department of Computer Science.

Kyuta Saito, et al. "Voice Packet Communication System for Private Networks", Globecom '89, IEEE Global Telecommunications Conference & Exhibition, Dallas, Texas, Nov. 27-30, 1989, vol. 3, pp. 1874-1878.

Lawrence G. Roberts "The Evolution of Packet Switching", Proceedings of the IEEE, vol. 66, No. 11, Nov. 1978, pp. 1307-1313.

Lin, Hwa-Chun and C.S. Raghavendra, "A Dynamic Load-Balancing Policy With a Central Job Dispatcher (LBC)," IEEE Transactions on Software Engineering, vol. 18, No. 2, Feb. 1992, pp. 148-158.

M. E. Ulug, et al. "Statistical Multiplexing of Data and Encoded Voice in a Transparent Intelligent Network", Fifth Data Communications Symposium, Sep. 27-29, 1977, Snowbird, Utah, pp. 6-14-6-20.

M. Gopalakrishnan, et al. "Integrating Voice and Data SALAN: An Experimental Local Area Network", Computer Communications, vol. 9, No. 4, Aug. 1986, pp. 186-194 and p. 169.

M.J. Ross "Alternatives for Integrating Voice and Data", 1981 International Switching Symposium, ISS' 81 CIC Montreal, Sep. 21-25, 1981.

Natesa Janakiraman "An Overview of Recent Developments in the Designs and Applications of Customer Premises Switches", IEEE Communications Magazine, Oct. 1985, vol. 23, No. 10, pp. 32-45.

P. Borgnis-Desbordes, et al. "Variable-Speed Data Transmission", IBM Technical Disclosure Bulletin, vol. 27, No. 4A, Sep. 1984, pp. 2269-2270.

P. Venkat Rangan and Daniel C. Swinehart, "Software Architecture for Integration of Video Services in the Etherphone System", IEEE Journal on Selected Areas in Communication, vol. 9, No. 9, Dec. 1991, pp. 1395-1404.

Paul Francis, "Comparison of Geographical and Provider-rooted Internet Addressing," Computer Networks and ISDN Systems 27(3)437-448, 1994 (selected paper from INET 94/JENC 5).

Paul Gilster, "Internet Navigator", Maruzen Kabushiki-Kaisha (1st Ed.), pp. 473-476, Feb. 28, 1995 (with translation and SOR).

Paul Tsuchiya, Tony Eng, "Extending the IP Internet Through Address Reuse," ACM SIGCOMM Computer Communications Review, 23(1):16-33, Jan. 1993.

Philip H. Reagan, "Is it the PBX or is it the LAN?", Datamation, The Telecom Manager Emerges, Mar. 1984, vol. 30 No. 3, pp. 3-4, 147, 148, 150.

Polle T. Zellweger et al., "An Overview of the Etherphone System and its Applications", 2nd IEEE Conference on Computer Workstations, Mar. 7-10, 1988, pp. 160-168.

R. Braudes et al., "Requirements for Multicast Protocols", Request for Comments 1458, Network Working Group, May 1993, pp. 1-19.

R. W. Meba, et al. "Experiments in Wideband Packet Technology", Digital Communications—New Directions in Switching and Networks, Proceedings of the International Seminar, Zurich, Switzerland, Mar. 11-13, 1986, pp. 135-139.

R.P. McNamara, "Some Considerations of the Voice-Data Capabilities of Broadband Cable Networks", IEEE Digest of Papers Spring CompCon 82, Feb. 22-25, 1982, pp. 312-314.

Randy Cole "Packet Voice: When It Makes Sense", Speech Technology, Sep./Oct. 1982, pp. 52-61.

Scott Flinn, "Coordinating Heterogeneous Time-Based Media Between Independent Applications" ACM Multimedia 95—Electronic Proceedings Nov. 5-9, 1995, pp. 1-16.

Shimmi Hattori et al., "Integrated Digital Switching System with Queueing Storage Facility", IEEE Transactions on Communications, vol. Com-30, No. 8, Aug. 1982, pp. 1900-1905, (ISSN 0090-6778).

Steve Oltmanns, et al. "A Voice and Communications System for the IBM PC", Speech Technology, Mar./Apr. 1986, pp. 94-99.

Stuart Cheshire et al., "Internet Mobility 4x4", www.acm.org, 1996, pp. 1-12.

Susan Angebranndt et al., "Integrating Audio and Telephony in a Distributed Workstation Environment", Proceedings of the Summer 1991 USENIX Conference, Jun. 10-14, 1991, Nashville, Tennessee, pp. 419-435.

T. Kamae "Visual Terminals and User Interfaces", FGCS North-Holland, pp. 257-278.

T. Kamae "Voice/Data Integration in the INS Model System and Local Area Networks" IEEE Communications Magazine, Dec. 1986, vol. 24, No. 12, pp. 7-15.

T7540 Digital Telephone Codec, AT&T Microelectronics, Jan. 1991, pp. 1-62 and Data Sheet Addendum, Jul. 1991, 4 pages.

Takashi Yamada, et al. "New Technologies—Multimedia High-throughput X.25 Packet Switching System", NTT Review, vol. 1, No. 2, Jul. 1989, pp. 82-88.

Tamohiro Kawai, Nikkei Communications, No. 202, pp. 29-30, Nikkei BP, Jul. 17, 1995 ("Communication software appears on the Internet") (w/ SOR).

Theodore Bially, et al. "Voice Communication in Integrated Digital Voice and Data Networks", IEEE Transactions on Communications, vol. Com-28, No. 9, Sep. 1980, pp. 1478-1490.

Toru Tsuda, et al. "An Approach to Multi-Service Subscriber Loop System Using Packetized Voice/Data Terminals" ISSLS '78, The International Symposium on Subscriber Loops and Services, Mar. 20-24, 1978, Atlanta, Georgia, Conference Record, pp. 161-165.

V. Jacobson, et al. "TCP Extension for High-Speed Paths", Request for Comments 1185, ftp://ftp.isi.edu/in-notes/rfc1185.txt, Oct. 1990, pp. 1-21.
V. Jacobson, et al. "TCP Extensions for High Performance", Request for Comments 1323, ftp://ftp.isi.edu/in-notes/rfc1323.txt, May 1992, pp. 1-37.
Vinton G. Cerf, "Packet Satellite Technology Reference Sources", Request for Comments 829, Nov. 1982, http://www.cis.ohio-state.edu/htbin/rfc/rfc829.html, pp. 1-5.
VocalTech Internet Phone (TM) Version 2.5 Readme, VocalTec Ltd., Feb. 1995, 5 pages.
"A Low Cost Solution for: Using your WAN as a Voice Communication Tool" VocalTec White Paper (dated Jun. 3, 1994).
"CyberPhone Announcement" Internet Posting in Newsgroups comp.speech, Jun. 8, 1995.
"CyberPhone!" Internet Posting in Newsgroups comp.speech. Apr. 14, 1995.
"Electric Magic Company Provides Internet Alternative to Long-Distance Calls", Electric Magic Company Press Release (Mar. 13, 1995).
"Electric Magic Company Releases NetPhone 1.2 and Netpub Serve", Electric Magic Company Press Release (Jun. 1995).
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.34, Mar. 4, 1996.
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.43, May 1, 1996.
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.45, May 31, 1996.
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.47, Jun. 12, 1996.
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.48, Jun. 25, 1996.
"Frequently-Asked Questions about Tribal Voices Pow-Wow" Version 0.59, Oct. 30, 1996.
"NetPhone Gets Internet Users Talking at Local Rates" MacUser UK, Mar. 3, 1995, p. 27.
"NetPhone Gives Your Mac Voice Over the Internet" Inside the Internet Rocket Science for the Rest of Us. vol. 2 No. 3, Jun. 1995.
"NetPhone" MacWorld, Jul. 1995.
"NetPhone" West Coast Online, Ver. 3.02 (#26), Apr. 1995.
"PowWow 1.3b Now Available!" Google Newsgroup comp.os.ms-windows.misc Discussion Posting (dated Apr. 22, 1995).
1996-1997 Buyer's Guide, CTI for Management.
Abbe Cohen, Inessential Zephyr (Aug. 23, 1993).
Adam Gaffin, VocalTec Ware Lets Users Make Voice Calls over 'Net, Network World (Feb. 13, 1995).
Alexander Schill, ed., DCE—The OSF Distributed Computer Environment: Client/Server Model and Beyond, Lecture Notes in Computer Science 731, Karlsruhe University (1993).
Analysis of DCE Security Draft (Sep. 18, 1996).
Andrew D. Birrell, et al., Grapevine: An Exercise in Distributed Computing, Communications of the ACM (Apr. 1982).
Andrew D. Birrell, et al., Grapevine: An Exercise in Distributed Computing, Communications of the ACM, vol. 25, No. 4, Apr. 1982.
Andrew D. Birrell, et al., Implementing Remote Procedure Calls, ACM Transactions on Computer Systems (Feb. 1984).
Andrew S. Tanenbaum, Computer Networks, 2d ed. (Prentice-Hall, 1988).
Andy Patrizio, Telecom, Digital Limits Begin to Blur with 'Phone Calls' Across Internet, PC Week, vol. 12, No. 6 (Feb. 13, 1995).
Antonio Ruiz, Voice and Telephony Applications for the Office Workstation, IEEE 1st International Conference on Computer Workstations, San Jose, California (Nov. 11-14, 1985).
AVC-650: Technical Issues Concerning Real-Time Protocol in H.32Z Systems in ATM and Other Packet-Switched Computer Networks, Jul. 9, 1994.
AVC-655: Communication Procedure for H.222.1, Jul. 1, 1994.
AVC-666: H.32X Communication Modes, Terminal Types and Interworking Scenarios, Jul. 1994.
AVC-683: Update Draft H.32Z Following Grimstad Meeting, Nov. 1994.
AVC-696: An Example of Call Setup Procedure in a H.32Z Terminal, Nov. 1994.
AVC-702: Terminal to Terminal Signaling in H.32X, Oct. 24, 1994.
AVC-707R: Report of the Seventeenth Experts Group Meeting in Singapore (Jul. 1-11, 1994)—Part I and Part II, Nov. 11, 1994.
AVC-716: Draft Recommendation H.32X, Jan. 1995.
AVC-718: Draft H.32X, Jan. 1995.
AVC-743R: Report of the Eighteenth Experts Group Meeting in Kamifukuoka (Jan. 24-27, 1995), Jan. 27, 1995.
AVC-748: Update of Draft Recommendation H.322, May 1995.
AVC-750: Report of the Study Group 15 Meeting Held During Feb. 6-17, 1995, Feb. 24, 1995.
AVC-752: Open Issues Issues Towards the Stockholm Meeting, Mar. 17, 1995.
AVC-758: Draft Recommendation H.323 Visual Telephone Systems and Terminal Equipment for Local Area Networks Which Provide A Non-Guaranteed Quality of Service, Rev. May 12, 1995.
AVC-767: Logical Channel Set-up Procedure, Apr. 28, 1995.
AVC-799: Comments on Draft H.323 and H.22Z, May 11, 1995.
AVC-800R: Report of the Nineteenth Experts Group Meeting in Haninge (May 15-18, 1995), May 18, 1995).
AVC-813: Signaling Recommendation Within the Scope of H.323, Sep. 10, 1995.
AVC-819: LAN Addressing Plan in H.323, Sep. 10, 1995.
AVC-830: Connection Management Procedures for H.323, Oct. 24-27, 1995.
AVC-842: Gateway, Gatekeeper and Terminal Procedures in H.323, Oct. 17, 1995.
Avnish Aggarwal, et al., RFC 1002: Protocol Standard for a NetBIOS Service on a TCP/UDP Tansport: Detailed Specifications (Mar. 1987).
Barbara Darrow, Internet Phone Chat Software Prompts Spat; IRC Operators Rebuffed Use of Their Systems, Computer Reseller News (Mar. 20, 1995).
Barry Michael Arons, The Audio-Graphical Interface to a Personal Integrated Telecommunications System, Masters Thesis, Massachusetts Institute of Technology (Jun. 1984).
Barry Phillips, Casting the Net for New Media, OEM Magazine, No. 320 (1995).
Belville, Sharon, "Zephyr on Athena", Athena Documentation, Sep. 10, 1991, Version 3.

Ben Mesander, et al., The Client-To-Client Protocol (Aug. 12, 1994).
Bill Welsh, H.245 Implementors' Guide (undated but references Apr. 1996).
Bob Blakley's Email to sig-dce-security, DCE Delegation Proposal Review, Jul. 7, 1992.
Brad Curtis Johnson, A Distributed Computing Environment Framework: An OSF Perspective (1991).
Brent Nordin, et al., Remote Operation Across a Network of Small Computers (Association of Computing Machinery, 1986).
Brian Fox, et al., GNU Finger program documentation, Free Software Foundation (1992).
Bruce Brown, BugNet Bug/Fix List, Newsbytes (Dec. 13, 1995).
Bruce Brown, BugNet Bug/Fix List, Newsbytes (Dec. 13, 1996).
Butler W. Lampson, et al., A Distributed Systems Architecture for the 1990's (Dec. 17, 1989).
Buy Memory Configured Expressly for Your Computer, San Jose Mercury News (Jul. 16, 1995).
C. Anthony DellaFera, et al., Section E.4.1: Zephyr Notification Service, Athena Technical Plan (Jul. 29, 1988).
C. Anthony DellaFera, et al., Section E.4.1: Zephyr Notification Service, Project Athena Technical Plan (Jun. 5, 1989).
C. Anthony DellaFera, et al., The Athena Notification Service: Zephyr (1987).
C. Anthony DellaFera, et al., The Athena Notification Service: Zephyr (Dec. 31, 1987).
C. Anthony DellaFera, et al., The Zephyr Notification Service (undated).
C. Anthony DellaFera, et al., The Zephyr Notification Service, Usenix Winter Conference, Feb. 9-12, 1988.
C. Anthony DellaFera, The Zephyr Notification Service, MIT Project Athena, Winter Usenix Conference (Feb. 12, 1988).
C. Malamud, et al., RFC 1528: Principles of Operation for the TPC.INT Subdomain: Technical Procedures (Oct. 1993).
C. Malamud, et al., RFC1530: Principles of Operation for the TPC.INT Subdomain: General Principles and Policy (Oct. 1993).
C. Sunshine, et al., IEN 135: Addressing Mobile Hosts in the ARPA Internet Environment (Oct. 1985).
C. Yang, RFC 1789: INETPhone: Telephone Services and Servers on Internet (Apr. 1995).
Calls Waiting on the Internet Although Telephone Software Makes 'Free' Long Distance Possible, it's a Long Way from Practical, Kansas City Star (Jul. 14, 1996).
Carl Sunshine, IEN 178: Addressing Problems in Multi-Network Systems (Apr. 1981).
Charles E. Perkins, et al., A Mobile Networking System Based on Internet Protocol, IEEE Personal Communications (First Quarter 1994).
Charlie Kaufman's Email to dmackey re DCE 1.1 Delegation Proposal for Review, Jun. 22, 1992.
Chii-Ren Tsai, et al., Distributed Audit with Secure Remote Procedure Calls (1991).
Christopher Schmandt, et al., An Audio and Telephone Server for Multi-Media Workstations, IEEE (1988).
Christopher Schmandt, et al., Phone Slave: A Graphical Telecommunications Interface, Society for Information Display, 1984 International Symposium Digest of Technical Papers (Jun. 1984).
Chuck Kane, List of IRC servers as of Feb. 1, 1995, available at http://ftp.funet.fi/pub/unix/irc/does/servers.950201.
Clinton Wilder, Pulling in the Net—InfoSeek, VocalTec Offer Search and Voice Options to Internet Users Online, Informationweek, No. 516 (1995).
Common Desktop Environment 1.0—Advanced User's and System Administrator's Guide, Addison-Wesley Publishing Co. (1995).
Common Desktop Environment 1.0—User's Guide, Addison-Wesley Publishing Co. (1995).
Communications Connectivity Networking, Microsoft Systems Journal, vol. 10, No. 1 (Jan. 1995).
Comp.Speech FAQ Archive; Comp.Speech FAQ Web Page, Comp.Speech Newsgroup, Jul. 17, 1995.
Comp.Speech FAQ Weekly Reminder, Comp.Speech Newsgroup (Jun. 21, 1995).
Contents, Preface, and Index to Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).
Conversation Excerpt from ftp://svr-ftp.eng.camac.uk/pub/comp.speech/archive/subject5xxx.txt accessed on Nov. 28, 2007.
Craig Crossman, Free Calls on Internet are CB-Style No Longer, Miami Herald (Jun. 26, 1995).
Craig Crossman, Make Long Distance Calls Via the Internet, Record (Jul. 3, 1995).
D. O'Mahoney, 1st Generation Internet Phones (1998).
D. Reed, RFC 1324: A Discussion on Computer Network Conferencing (May 1992).
D. Zimmerman, RFC 1288: The Finger User Information Protocol (Dec. 1991).
Dale Skran, Draft ITU-T Recommendation H.225.0—Line Transmission of Non-Telephone Signals, Media Stream Packetization and Synchronization on Non-Guaranteed Quality of Service LANs (May 28, 1996).
Dale Skran, ed. ASN.1 for H.225.0 (Jun. 18, 1996).
Dan Cohen, IEN 31: On Name, Addresses and Routings (II) (Apr. 28, 1978).
Dan Keating, Ring! It's Computer Calling Phone by Internet Has Gotten Better, Miami Herald (May 22, 1996).
Daniel C. Swinehart, Telephone Management in the Etherphone System, IEEE (1987).
Daniel H. Craft, Resource Management in a Decentralized System, Operating Systems Review, vol. 17, No. 5 (Association for Computing Machinery, Oct. 1983).
Danny Cohen, IEN 23: On Name, Addresses and Routings (Jan. 23, 1978).
Dave Lindbergh, H.323 Encryption, Document: CNC-96-22 (Apr. 15, 1996).
David D. Clark, RFC 814: Name, Addresses, Ports, and Routes (Jul. 1982).
David Gentler, Hardware and Software Tidbits CEBIT, Seybold Report on Desktop Publishing, vol. 9, No. 8 (Apr. 3, 1995).
David Hafke, New on the Net—Talk It Up, Windows Magazine, No. 711 (1996).
David Harvey, All the News That's Fit to Speak, Netguide, No. 301 (1996).
David R. Cheriton, et al., A Decentralized Naming Facility (Stanford University, Feb. 1, 1986).
David R. Cheriton, The V Distributed System, Communications of the ACM, vol. 31, No. 3 (Apr. 1988).

David Rapp, I've Got to Get a Message to You, Instant Messaging Started as an MIT Computer-Science Department Project, Technology Review (2002).
DCE 1.0 Security Technology, architectural overview documents, Walter Tuvell, Feb. 1997.
DCE 1.1 Security Technology, architectural overview documents May 1994.
DCE RPC Internals and Data Structures (Aug. 1993).
Dean Adams, ed., Security Survival: An indispensable guide to securing your business, X/Open Co. (1996).
Decided H.225.0 (Jun. 19, 1996).
Derek C. Oppen, et al., The Clearinghouse: A Decentralized Agent for Locating Named Objects in a Distributed Environment (Association for Computing Machinery, 1983).
Description of New Zephyr Protocol (undated).
Digiphone Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Jan. 6, 1997).
Douglas B. Terry, et al., The Berkeley Internet Name Domain Server, Usenix Association Software Tools Users Group, Summer Conference, Salt Lake City, Utah (Jun. 12-15, 1984).
Douglas B. Terry, Structure freeName Management for Evolving Distributed Environments, IEEE 6th International Conference on Distributed Computing Systems, Cambridge, Massachusetts (May 19-23, 1986).
Douglas Brian Terry, Distributed Name Servers: Naming and Caching in Large Distributed Computing Environments, Ph.D Thesis, University of California, Berkeley (Feb. 21, 1985).
Douglas E. Comer, Internetworking with TCP/IP: vol. 1: Principles, Protocols, and Architecture, 1st ed. (Prentice-Hall, 1988).
Douglas E. Comer, Internetworking with TCP/IP: vol. 1: Principles, Protocols, and Architecture, 3d ed. (Prentice-Hall, 1995).
Douglas E. Comer, Internetworking with TCP/IP: vol. 1: Principles, Protocols, and Architectures, 2d ed. (Prentice-Hall, 1991).
Douglas W. Johnson, Internet-Connected Phone Calls Dial in to Lower Prices, Computerworld (Feb. 19, 1996).
Draft ITU-T Recommendation G.723—Dual Rate Speech Coder for Multimedia Communications Transmitting at 5.3 & 6.3 KBIT/S (Oct. 17, 1995).
Draft ITU-T Recommendation H.323 Line Transmission of Non-Telephone Signals: Visual Telephone Systems and Equipment for Local Area Networks Which Provide a Non-Guaranteed Quality of Service, (May 28, 1996).
Draft Recommendation H.323 Visual Telephone Systems and Terminal Equipment for Local Area Networks Which Provide A Non-Guaranteed Quality of Service, Sep. 8, 1995.
Draft Recommendation H.323—Visual Telephone Systems and Equipment for Local Area Networks Which Provide A Non-Guaranteed Quality of Service (May 28, 1996).
E.D. Sykas, et al., Overview of the CCITT X500 Recommendations Series (Butterworth-Heinemann, 1991).
Electric Magic Company Sales Invoices, Feb. 23, 1995 thru Dec. 3, 1995.
Electric Magic Company, Beta Test License Agreement (dated May 30, 1995).
Elizabeth Feinler, et al., RFC 810: DoD Internet Host Table Specification (Mar. 1, 1982).
Ellen Massmer, PictureTel Brings Video to the Lan Network World (Sep. 4, 1995).
E-mail from Dale Skran to jtoga@ibeam.jf. intel.com, phone numbers for email list (Jan. 6, 1997).
E-mail from Dale Skran to jtoga@ibeam.jf.intel.com, mailing list to enter (Jan. 6, 1997).
E-mail from Ofer Shapiro to Bob Bell, et al., RE: Destination side gateway problem (Jul. 29, 1996).
E-mail from Sakae Okubo to Experts of ITU-T SG16 Q.12/16, Q.13/16 and Q.14/16, Notice of the Q.12-14/16 Sunriver meeting (Jul. 17, 1997).
Email from Sakae Okubo to yves.robin-champigneu10issy.cnet.fr, et al., Working tools of SG16 experts groups (May 8, 1997).
E-mail from Vineet Kumar to h323implementors@ mailbag.jf.intel.com Receiver associating a logical channel with a RTP stream (Aug. 5, 1996).
Erdos, Marlena and Pato, Joseph, "Extending the OSF DCE Authorization System to Support Practical Delegation," Feb. 11, 1993.
Eric C. Rosen, IEN 183: Logical Addressing (May 1981).
Eric C. Rosen, IEN 188: Issues in Internetting Part 3: Addressing (Jun. 1981).
Etherphone: Collected Papers 1987-1988, Xerox PARC, CSL-89-2 (May 1989).
Eve M. Schooler, Case Study: Multimedia Conference Control in a Packet-Switched Teleconferencing System, Journal of Internetworking: Research and Experience, vol. 4, No. 2 (Jun. 1993).
Eve M. Schooler, et al., An Architecture for Multimedia Connection Management, Proceedings IEEE 4th Comsoc International Workshop on Multimedia Communications, MM '92, Monterey, California (Apr. 1992).
Eve M. Schooler, The Connection Control Protocol: Architecture Overview (Jan. 28, 1992).
Eve M. Schooler, The Connection Control Protocol: Specification, Version 1.1 (Jan. 29, 1992).
Eve M. Schooler, The Impact of Scaling on Multimedia Connection Architecture, Multimedia Systems, vol. 1 (Association for Computing Machinery, 1993).
Exportability of DCE Multi-Crypto Feature by Walter Tuvell, Mar. 5, 1996.
F. Anklesaria, et al., RFC 1436: The Internet Gopher Protocol (A Distributed Document Search and Retrieval Protocol) (Mar. 1993).
FAQ: How Can I Use the Internet as a Telephone, Ver. 0.2 (Apr. 27, 1995).
FAQ: How Can I Use the Internet as a Telephone, Ver. 0.4 (Feb. 23, 1996).
Fax from Ryan Holmquist to Dale Skran (May 30, 1996).
FLEXlm v3.0 Programmer's Guide, Globetrotter Software, Inc. (Aug. 1994).
Full Duplex Internet Voice Comms Available, Newsbytes (Feb. 14, 1995).
Gary A. Thom, H.323: The Multimedia Communications Standard for Local Area Networks, IEEE Communications Magazine (Dec. 2006).
Gilbert Held, The ABCs of IP Addressing, CRC Press LLC (2002).
Gligor, et al. "On Inter-realm Authentication in Large Distributed Systems" May 2, 1992.
Google Groups "CyberPhone" Search Results, search conducted on Nov. 28, 2007.
Goretsky, Aryeh "PowWow Quick Installation Guide", 1996.

Green, Andrew, NetPhone Tasks and Plans, Email, 2 pages (printed Feb. 2, 1995).
Greg Wood, Computer VAR Takes His First Computer Telephony Plunge, Computer Telephony (Sep. 1996).
Gursharan S. Sidu, et al., Inside AppleTalk, 2d ed. (Addison-Wesley Publishing Co., 1990).
H. Schulzrinne, et al., RFC 1889: RTP: A Transport Protocol for Real-Time Applications (Jan. 1996).
Handwritten Notes, Electric Magic Company (dated Jul. 22, 1994 thru Aug. 30, 1995).
Harrick M. Vin., et al., Multimedia Conferencing in the Etherphone Environment (IEEE, Oct. 1991).
How Can I use the Internet as a telephone? from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).
Hussein M. Abdel-Wahab, XTV: A Framework for Sharing X Window Clients in Remote Synchronous Collaboration, IEEE Conference on Communications Software: Communications for Distributed Applications & Systems (Apr. 1991).
I C. Weider, et al., RFC 1727: A Vision of an Integrated Information Service (Dec. 1994).
Inder Gopal, et al., Directories for Networks with Casually Connected Users (IEEE, 1988).
Information Technology—Database Language SQL (Proposed revised text of DIS 9075), Digital Equipment Corp. (Jul. 1992).
InterFACE from Hijinx Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).
Internet Phone from VocalTec Specifications, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).
Internet Phone Release 4, Users Manual, VocalTech 1996.
Internet Telephone Companies Racing to Market, Voice Technology & Service News, vol. 14 No. 20 (Oct. 3, 1995).
Introduction to OSF DCE (Prentice-Hall, Inc., 1992).
ITU-T Recommendation X.500—Information technology—Open Systems Interconnection—The Directory: Overview of concepts, models and services (Aug. 1997).
ITU-T Recommendation X.501—Information technology—Open Systems Interconnection—The Directory: Models (Aug. 1997).
J. Oikarinan, et al., RFC 1459: Internet Relay Chat Protocol (May 1993).
J. Pato, Hierarchical Trust Relationships for Inter-Cell Authentication, Slides, (Jul. 7, 1992).
J. Pato, RFC 7.0: Hierarchical Trust Relationships for Inter-Cell Authentication (Jul. 1992).
J. Postel, et al., RFC 959: File Transfer Protocol (FTP) (Oct. 1985).
J. Postel, RFC 765: File Transfer Protocol (Jun. 1980).
J. Postel, RFC 925: Multi-LAN Address Resolution (Oct. 1984).
J. Saltzer, RFC 1498: On the Naming and Binding of Network Destinations (Aug. 1993).
Jack Rickard, Voice Over Internet—the Internet Phone, Boardwatch Magazine, vol. 9, No. 4 (Apr. 1995).
James M. Bloom, et al., Experiences Implementing BIND, A Distributed Name Server for the DARPA Internet (Jun. 9-13, 1986.
James Martin, et al., TCP/IP Networking: Architecture, Administration, and Programming (Prentice Hall, 1994).
James Staten, NetPhone 1.2 Calls the Web, MacWeek, vol. 9 No. 27 (Jul. 10, 1995).
Jennifer G. Steiner, et al., Kerberos: An Authentication Service for Open Network Systems, Usenix Winter Conference, Dallas, Texas (Feb. 9-12, 1988).
Joe Maloney, DCE: Focus on Security, the Internet and the Future (printed Apr. 25, 2002, date unknown).
Joe Pato, et al., Distributed Computing Environment (DCE) Design of the Security Services and Facilities (Aug. 10, 1992).
Joe Pato, Extending the DCE Authorization Model to Support Practical Delegation—Extended Summary (Jul. 7, 1992).
Joe Pato, RFC 3.0: Extending the DCE Authorization Model to Support Practical Delegation—Extended Summary (Jun. 1992).
Joe Pato, RFC 6.0: A Generic Interface for Extended Registry Attributes (Jun. 1992).
John A. Pershing, Jr., et al., IEN 162: Transport, Addressing, and Routing in the Wideband Net (Oct. 1980).
John F. Shoch, IEN 19: Inter-Network Naming, Addressing, and Routing (Jan. 1978).
John Ioannidis, et. al., IP-based Protocols for Mobile Internetworking, Columbia Univ., Dept. of Computer Science (1991).
John R. Pickens, et al., RFC 756: The NIC Name Server—A Datagram Based Information Utility (Jul. 1979).
John T. Kohl, The Zephyr Notification Service, First International Athena Technical Conference (Apr. 11, 1991).
John Veizades, et al., Service Location Protocol, Internet Draft (May 2, 1995).
Jon Hill, et al., Pow Wow, PC Magazine, vol. 15 No. 17 (Oct. 8, 1996).
Jon Hill, TeleVox, PC Magazine, vol. 15 No. 17 (Oct. 8, 1996).
Jon Livesey, Inter-process Communication and Naming in the Mininet System, Eighteenth Annual IEEE Computer Society International Conference, San Francisco, California (1979).
Jon Postel, RFC 921: Domain Name System Implementation Schedule—Revised (Oct. 1984).
José M. Bernabeu-Auban, et al., Optimizing a Generalized Polling Protocol for Resource Finding over a Multiple Access Channel, Computer Networks and ISDN Systems 27 (1995).
Josina M. Arfman, et al., Project Athena: Supporting Distributed Computing at MIT, IBM Systems Journal (1992).
K. Harrenstien, et al., RFC 811: Hostname Server (Oct. 1985).
K. Harrenstien, et al., RFC 952: DoD Internet Host Table Specification (Oct. 1985).
K. Harrenstien, RFC 742: Name/Finger (Dec. 30, 1977).
Kahane, Opher et al., "Call Management Agent System Specification" Volp Forum Technical Committee Contribution (dated Aug. 15, 1996).
Karl Auerbach, et al., RFC 1001: Protocol Standard for a NetBIOS Service on a TCP/UDP Transport: Concepts and Methods (Mar. 1987).
Keith A. Lantz, et al., Towards a Universal Directory Service, 4th PODC Conference Proceedings (Association for Computing Machinery, 1985).
Ken Harrenstien, et al., RFC 811: Hostnames Server (Mar. 1, 1982).
Ken Harrenstien, RFC 811: Hostnames Server (Mar. 1, 1982).
Ken Harrenstien, RFC 812: Nicname/Whois (Mar. 1, 1982).

Kenneth Hart, Startups, industry mainstays add to Internet phone menu, Communicationsweek Int'l (Nov. 27, 1995).
Klaus Zeuge, et al., The Client-to-Client Protocol (CTCP) (published no later than Aug. 12, 1994).
Kohl, John T., "Zephyr Installation and Operation Guide", Draft—Nov. 20, 1989.
Koster, Steven "The Phone Companies Worst Nightmare" Hotwired, Apr. 1995.
L. Landweber, et al., Architecture of the CSNET Name Server (Association for Computing Machinery, 1983).
L. Peter Deutsch, RFC 606: Host Names On-Line (Dec. 1973).
Larry L. Peterson, A Yellow-Pages Service for a Local-Area Network (Association for Computing Machinery, 1988).
Larry L. Peterson, The Profile Naming Service, ACM Transactions on Computer Systems, vol. 6, No. 4, (Nov. 1988).
Lisa Zahn, et al., Network Computing Architecture, Prentice Hall (1990).
List of Names from a DCE Meeting; attendees from DISA, OSF, DEC, Mitre, HP, Open Market and others (undated).
Listserv postings by Jon Postel, Dynamic Updated Proposal, dated Sep. 1 and 9, 1993.
Listserv postings by Susan Thomson, DNS Dynamic Updates, dated Jul. 14, 1994.
Lon Wagner, New Software Lets Users Talk for Cheap, Virginian-Pilot (Mar. 26, 1995).
M. Bever, et al., Distributed Systems, OSF DCE, and Beyond (1993).
M.D. Kudlick, RFC 608: Host Names On-Line (Jan. 10, 1974).
Making the Most of IP Telephony, VocalTec Annual Report 1997.
Mark Crispin, RFC 752: A Universal Host Table (Jan. 2, 1979).
Mark Reid, Ptell Call Control Procedure in H.323 (Jun. 16, 1995).
Markus Sohlenkamp & Greg Chwelos, Integrating Communication, Cooperation, and Awarness: The DIVA Virtual Office Environment (1994).
Mic Bowman, et al., Univers: An Attribute-based Name Server, Software Practice and Experience, vol. 20(4) (Apr. 1990).
Michael D. Schroeder, et al., Experience with Grapevine: The Growth of a Distributed System, ACM Transactions on Computer Systems (Feb. 1984).
Michael D. Schroeder, et al., Experience with Grapevine: The Growth of a Distributed System, ACM Transactions on Computer Systems, vol. 2, No. 1 (Feb. 1984).
Michael F. Schwartz, et al., A Comparison of Internet Resource Discovery Approaches, Computing Systems (Aug. 1992).
Michael F. Schwartz, et al., A Name Service for Evolving, Heterogeneous Systems, ACM (1987).
Michael J. Bibeau, A Formative Evaluation of CU-SeeMe, Masters Thesis, Virginia Polytechnic Institute and State University (Feb. 20, 1995) (including CU-SeeMe Users Manual by same author published Jan. 1995).
Michelle Slatalla, Hold the Phone! You Can Call Long Distance on a Computer For Pennies, But it has its Drawbacks, Newsday (Mar. 14, 1995).
Mike Kong, et al., Network Computing System Reference Manual, Prentice Hall (1990).
Mike Kudlick, et al., RFC 627: ASCII Text File of Hostnames (Mar. 25, 1974).
Mitch Wagner, Phone Home Cheaply Over the I-Way, Open Systems Today (Feb. 20, 1995).
Mitre Fort Meade Site DCE Meeting Sign In Sheet Jan. 16, 1995.
Mostafa H. Ammar, et al., Using Hint Tables to Locate Resources in Distributed Systems (IEEE, 1988).
Motorola Micro TAC International 5000 Series Manual (undated).
Motorola Micro TAC International 7000 Series (dated May 1994).
Motorola Micro TAC International 7500 Series (undated).
Motorola Micro TAC International 8000 Series (undated).
Nate Zelnick, Chat on the Web: An Overview, Interactive Content, vol. 2, No. 17 (Sep. 1995).
Nautilius: Secure Computer Telephony, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Aug. 7, 1996).
NetPhone 1.0 User Manual, Electric Magic Company (document includes date Dec. 31, 1994).
NetPhone 1.1 User Manual, Electric Magic Company (document includes date Feb. 16, 1995).
NetPhone Demo Instructions, Electric Magic Company, 1994.
NetPhone Development Plan (undated).
NetPhone Development Plan v0.1 (undated).
NetPhone Digital User Manual, Electric Magic Company, Feb. 26, 1995.
NetPhone Digital User Manual, Electric Magic Company, Mar. 12, 1995.
Netphone Information Manual, Electric Magic Company, May 30, 1995.
NetPhone Testing Notes, Sep. 28, 1994.
Netphone, Change Notes, Dec. 6.
Nigel Hinds, et al., Name Space Models for Locating Services, IBM Canada Laboratory Technical Report 74.074 (1991).
Norbert Leser, Towards a Worldwide Distributed File System: The OSF DCE File System as an example (Sep. 27, 1990).
Open Group, Cambridge Information (Jun. 23, 1997).
Open Software Foundation Security Sig (Mar. 19, 1996).
Open Software Foundation, AES/Distributed Computing RPC Volume, PTR Prentice Hall (1994).
Open Software Foundation, DCE Internals Course, Instructor Guide vol. 1 (1992).
Open Software Foundation, DCE Internals Course, Instructor Guide vol. 2 (1992).
Open Software Foundation, Industry Analysis of DCE (May 15, 1990).
Open Software Foundation, Introduction to OSF DCE, Prentice Hall (1992).
Open Software Foundation, Open Line Magazine (May/Jun. 1990).
Open Software Foundation, OSF DCE Administration Guide Core Components, PTR Prentice Hall (1993).
Open Software Foundation, OSF DCE Administration Guide—Extended Services, PTR Prentice Hall (1993).
Open Software Foundation, OSF DCE Administration Guide—Introduction, PTR Prentice Hall (1993).
Open Software Foundation, OSF DCE Administration Reference, PTR Prentice Hall (1993).
Open Software Foundation, OSF DCE Application Development Guide, PTR Prentice Hall (1993).

Open Software Foundation, OSF DCE Application Development Reference, PTR Prentice Hall (1993).
Open Software Foundation, OSF DCE User's Guide and Reference, PTR Prentice Hall (1993).
OSF DCE User's Guide and Reference (Prentice-Hall, Inc., 1993).
P. Deutsch, et al., RFC 1835: Architecture of the Whois++ Service (Aug. 1995).
P. Faltstrom, et al., RFC 1914: How to Interact with a Whois++ Mesh (Feb. 1996).
P. Mockapetris, RFC 882: Domain Names—Concepts and Facilities (Nov. 1983).
P. Mockapetris, RFC 883: Domain Names—Implementation and Specification (Nov. 1983).
P. Venkat Rangan, et al., Software Architecture for Integration of Video Services in the Etherphone System, IEEE Journal on Selected Areas in Communications, vol. 9, No. 9 (Dec. 1991).
P.M. Gopal, et al., Consistent Resource Registration, IBM Technical Disclosure Bulletin, vol. 37, No. 9 (Sep. 1994).
Part 1 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).
Part 2 chapter 2 thru 5 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).
Part 2 chapter 6 thru 13 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).
Part 3 and Part 4 of Open Software Foundation, X/Open Preliminary Specification—X/Open DCE: Authentication and Security Services (Mar. 1996).
Pato, Joseph N., A Generic Interface for Extended Registry Attributes, Jul. 7, 1992.
Paul Albitz, et al., DNS and Bind in a Nutshell (O'Reilly & Associaties, 1992).
Paul Mockapetris, RFC 1034: Domain Name—Concepts and Facilities (Nov. 1987).
Paul Mockapetris, RFC 1035: Domain Name—Implementation and Specification (Nov. 1987).
Paul V. Mockapetris, et al., Development of the Domain Name Server, Computer Communication Review, vol. 18, No. 4 (Aug. 1988).
Paul V. Mockapetris, et al., Development of the Domain Name System, Computer Communication Review (Aug. 1988).
Phoning By Web, San Francisco Chronicle (Mar. 12, 1996).
PictureTel Corp., 10-K405/A (filed Jan. 13, 1998).
PictureTel LiveLan (printed Dec. 3, 2007).
Ping Lin's Email to mackey, Comments on DCE 1.1 Delegation RFC, Jul. 2, 1992.
Polle T. Zellweger, et al., An Overview of the Etherphone System and its Applications (IEEE, 1988).
Postel, RFC 791: Internet Protocol: Darpa Internet Program Protocol Specification (Sep. 1981).
Postel, RFC 793: Transmission Control Protocol: Darpa Internet Program Protocol Specification (Sep. 1981).
PowWow For Microsoft Windows User's Guide, Version 1.4B, Documentation by Token White Man (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.5, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.6 beta 2, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.6 beta, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.7 beta 1, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.7 beta 2, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.7 beta 3, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 1.7 beta 4, Documentation by Aryeh Goretsky (dated 1995).
PowWow For Microsoft Windows User's Guide, Version 2.0 beta 1, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.1, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.2 beta 1, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.2 beta 2, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.3, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.31, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 2.32, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow For Microsoft Windows User's Guide, Version 3.0 beta 3, Documentation by Aryeh Goretsky (dated 1995, 1996).
PowWow User Local Server Version 1.0 beta 2 Release Notes (Dated Jun. 18, 1996).
PowWow User Location Server for Microsoft Windows NT and 95 Version 1.0 beta 2 Installation Guide, by Gorestsky, Aryeh (dated 1996).
PowWow Version Release Notes (covering versions 1.4b to 2.32) (dated Jun. 26, 1996).
PowWow32 Release Notes (PowWow Versions 3.0 beta 3 and 3.0 beta 2) (dated Nov. 21, 1996).
Prospectus for VocalTech Ordinary Shares, Feb. 6, 1996.
Questions and Comments: DCE RFC 6.0 "A Generic Interface for Extended Registry Attributes" Commentary by Bob Blakley, Jul. 6, 1992.
R. Braden, RFC 1644 T/TCP—TCP Extensions for Transactions Functional Specifications (Jul. 1994).
R. Droms, RFC 1531: Dynamic Host Configuration Protocol (Oct. 1993).
R. Droms, RFC 1541: Dynamic Host Configuration Protocol (Oct. 1993).
R.C. Summers, Local-Area Distributed Systems, IBM Systems Journal, vol. 28, No. 2 (1989).
Raj Pandya, Emerging Mobile and Personal Communication Systems, IEEE Communications Magazine (Jun. 1995).
RFC 1001: Protocol Standard for a NetBIOS Service on a TCP/UDP Transport: Concepts and Methods, Mar. 1987.
RFC 1057: RPC Remote Procedure Call Protocol Specification Version 2, Jun. 1988.
Richard Karpinski, Internet Phones Battle for the Market, Interactive Age, No. 212 (1995).
Richard Karpinski, Upgrading Internet Phone—VocalTec Offers Full-Duplex Version, Eliminating Voice Delays, Interactive Age, No. 216 (1995).
Richard T. Snodgrass, Developing Time-Oriented Database Applications in SQL, Morgan Kaufmann Publishers (2000).

Rivka Tadjer, Internet Communications Solutions: How Well Do They Work?, Computer Shopper, vol. 15, No. 6 (Jun. 1995).
Rivka Tadjer, Internet Phones to Upstage Videoconferencing Products? Talk is Cheaper with Local Worldwide Dialing, Computer Shopper, vol. 15, No. 5 (May 1995).
Rob Walters, Computer Telephone Integration (Artech House, 1993).
Robert E. Kahn, et al., Advances in Packet Radio Technology, Proceedings Of The IEEE (Nov. 1978).
Robert Gurwitz, et al., IEN 212: IP—Local Area Network Addressing Issues (Sep. 1982).
Robert J. Williams, User Location Service (Feb. 1996).
Robert Joseph Fowler, Decentralized Object Finding Using Forwarding Addresses, Ph.D. Thesis, University of Washington (Dec. 1985).
Robert Richardson, Internet Phone, LAN Magazine, vol. 10, No. 7 (Jul. 1995).
Robert Richardson, Pow Wow, Anyone? A Web Chat That Works, LAN Magazine, vol. 10 No. 9 (Sep. 1995).
Robert S. French, et al., The Zephyr Programmer's Manual, Rev. 2.1 (May 5, 1989).
Rosen, Nick "Internet Opens Line on Cheap Global Phone Calls" The Guardian, Feb. 10, 1995, A1.
S. Waldbusser, et al., RFC 1742: AppleTalk Management Information Base II (Jan. 1995).
S.R. Ahuja, et al., The Rapport Multimedia Conferencing System, ACM (1988).
Sakae Okubo, et al., Draft ITU-T Recommendation H.245—Line Transmission of Non-Telephone Signals: Control Protocol for Multimedia Communications (Nov. 14, 1995).
Sakae Okubo, et al., ITU-T Recommendation H.245—Line Transmission of Non-Telephone Signals: Control Protocol for Multimedia Communication (May 20, 1996).
Sakae Okubo, et al., Line Transmission of Non-Telephone Signals: Control Protocol for Multimedia Communication, Recommendation H245 (May 20, 1996).
Sakae Okubo, et. al., ITU-T Standardization of Audiovisual Communication Systems in ATM and LAN Environments (Apr. 17, 1996).
Sape J. Mullender, et al., Distributed Match-Making for Processes in Computer Networks (Association for Computing Machinery, 1985).
Sape Mullender, ed., Distributed Systems, ACM Press (1992).
Sapwater, E. "Webbed", 2 pages (undated).
Saruchi Mohan, Internet Phone Accepting Calls, Computerworld (Feb. 27, 1995).
Savetz, Kevin "Net as Phone" Internet World, Jul. 1995.
Schill, et al., ed., IFIP/IEEE International Conference on Distributed Platforms—Client/Server and Beyond: DCE, Corba, ODP & Advanced Distribution Applications, Technical University Bergakademie Freiburg (1996).
Schulzrinne, Service Conference Invitation Protocol, Internet Draft (Feb. 22, 1996).
Scott Kahn, Leave Your Message on My PC After the Beep, PC Week (Oct. 3, 1994).
Sharon Fisher, Fruits of Athena—Academic Projects Like Athen Have Given the World Its First Inkling of What Computer Interoperability is All About, Communications Week (1992).
Snell, Jason "Foiling Ma Bell" MacUser, Jul. 1995.
Speak Freely, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).
Staff Phone List (Jul. 1, 1997).
Steinberg, Bob "Will Politics Interfere With The Global Internet?" Mashpee Enterprise, Apr. 28, 1995.
Stephen A. Uhler, PhoneStation, Moving the Telephone onto the Virtual Desktop, 1993 Winter Usenix, San Diego, California (Jan. 25-29, 1993).
Steve Hamm, The Merry Pranksters, PC Week, vol. 12 No. 34 (Aug. 28, 1995).
Stuart Harris, The IRC Survival Guide: Talk to the World With Internet Relay Chat (Addison-Wesley, Feb. 1995).
Sun Microsystems, Inc., RFC 1050: RPC: Remote Procedure Call Protocol Specification Version 2 (Jun. 1988).
Surfers Can Drop Phones, Electronics Times (Feb. 16. 1995).
Susan Thomson, et al., DNS Dynamic Updates, IETF DNSIND Working Group (Jul. 1994).
T. Berners-Lee, et al., RFC 1738: Uniform Resource Locators (URL) (Dec. 1994).
Tamila Baron, Hearing Voices on the Net, Communication Week (Feb. 20, 1995).
Tamila Baron, VocalTec, Motorola Team Up for Internet Phone and Modem Bundle, Communications Week, No. 549 (1995).
Ted Anderson's Email to dmackey re DCE 1.1 Delegation Proposal for Review, Jun. 23, 1992.
Ted Anderson's Email to pato, Re: RFC 7.0 (really glp92), Jul. 21, 1992.
The 4.4BSD-Lite distribution announcement, Computer Systems Research Group (Mar. 1, 1994), and related newsgroup postings, dated Apr. 21-22, 1994.
The Electric Magic Company, Business Plan, Version 0.1 draft, Apr. 17, 1995.
The Open Group Organization Chart (Oct. 1997).
The Open Group Organization Chart Oct. 1996 (Confedential).
The OSF Distributed Computing Environment: Building on International Standards, OSF White Paper (Apr. 1992).
The VocalChat User's Guide, Sep. 28, 1993.
Thomas Maresca, The Internet Phone Company?, Consumer Information Appliance, No. 55 (Feb. 1995).
TIMOP: DCE Time Operations Sample Application. (undated).
Timothy J. O'Malley, Analysis of the Zephyr Communication Paradigm, Bachelor of Science in Computer Science and Engineering, Thesis, Massachusetts Institute of Technology (May 1993).
Todd Copilevitz, Heard on the Internet, The Star-Ledger (Mar. 7, 1995).
Tom Lyons, Network Computing System Tutorial, Prentice Hall (1991).
Tony Pompili, VocalTec: The Internet Phone Number?, PC Magazine (May 16, 1995).
Translation of Japanese Patent Application No. Sho 63[1988]-131637 (Original dated Jun. 3, 1988).
Transparencies: Walter Tuvell, DCE 1.0 Security Technology—Detailed Architectural Overview (Feb. 1997).
V. Jacobson, et al. RFC 1185: TCP Extension for High-Speed Paths (Oct. 1990).
VocalChat 1.01 Network Information (undated).
VocalChat Early Beta Release 1.02B Information (undated).
VocalChat GTI 2.12 Beta Retrival Instructions and Information (undated).

VocalChat Version 1.0, README.TXT, Nov. 1993.

VocalChat Version 1.01, README.TXT, Mar. 1994.

VocalChat Version 2.01 and Wan 2.01, README.TXT, May 1994.

VocalTec Annual Report, 1996.

VocalTec Cross-Reference Sheet, Pursuant to Item 501 of Reg. S-K (dated Jan. 1996).

VocalTec Internet Phone Information Sheet, 2 pages. (dated Jun. 1995).

VocalTec Internet Phone Version 3.0 Build 17, README.TXT, Aug. 11, 1995.

VocalTec Internet Phone Version 3.2 Build 21, README.TXT, Mar. 25, 1996.

VocalTec SEC 20-F Filing, 1996.

VocalTec SEC F-1 Filing, Dec. 22, 1995.

VocalTec SEC F-1 Filing, Jan. 5, 1996.

Voice Over the Internet, Boardwatch Magazine, vol. IX, No. 1 (Jan. 1995).

W. David Albrecht, CPA Firms on the World Wide Web, Ohio CPA Journal (Jun. 1996).

W. Simpson, RFC 1661: The Point-to-Point Protocol (PPP) (Jul. 1994).

W. Yeong, et al., RFC 1777, Lightweight Directory Access Protocol (Mar. 1995).

Walt and mactcp's ip addresses and code (undated).

Walter Tuvell, DCE 1.0 Security Technology-Detailed Architectural Overview (Feb. 1997).

Walter Turvell, DCE 1.0, Security Technology Detailed Architectural Overview, Draft (Feb. 1997).

Walter Tuvell, DCE 1.0 Security Technology: Detailed Architectural Overview (Feb. 1997).

Walter Tuvell, DCE 1.0 Security Technology: Detailed Architectural Overview (May 1994).

Walter Tuvell, DCE Multi-Crypto Support—Proposal to NSA for Funding and Exportability of Multiple Cryptographic Mechanisms in OSF's Distributed Computing Environment (Sep. 12, 1995).

Walter Tuvell, Distribution & The Infobahn (1996).

Walter Tuvell, Exportability of DCE Multi-Crypto Feature (Mar. 5, 1996).

Walter Tuvell, RFC 98.0: Challenges Concerning Public-Key in DCE (Dec. 1996).

Walter Tuvell, System V/ONC Comparison to AIX/NCS (Oct. 3, 1988).

Walter Tuvell, The DCE Dance: Application Development in 29 Easy Steps (Sep. 1991).

Walter Tuvell, The OSF Distributed Computing Environment (DE). (undated).

Web Phone, from Q1.11 of Section 1 of the comp.speech FAQ Home Page (dated Mar. 19, 1996).

WebSTAR Technical Reference (formerly MacHTTP), StarNine Technologies, 1995).

Wei Hu, DCE Security Programming, O'Reilly & Associates (Jul. 1995).

Welch, Nathalie "Vendors Ring in New Telephony Options" MacWeek, Apr. 10, 1995, p. 18.

Wendy Woods, Newsbytes Daily Summary, Newsbytes (Jun. 10, 1994).

William M. Bulkeley, On-line: Hello, world. Audible Chats on the Internet, Wall Street Journal (Feb. 10, 1995).

Winther, Mark. "The World Wide Web Phones Home: Internet Telephony Market Assessment, 1996-1999", International Data Corporation White Paper (dated 1996).

Xerox System Integration Standard Clearinghouse Protocol (Apr. 1984).

Yakov Rekhter, et al., Dynamic Updates in the Domain Name System (DNS):Architecture and Mechanism, Internet-Draft, DNSIND Working Group (Jul. 15, 1994).

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 5 and 6 is confirmed.

Claim 8 is cancelled.

Claims 1, 9, 14, 16 and 17 are determined to be patentable as amended.

Claims 2, 3, 15 and 18, dependent on an amended claim, are determined to be patentable.

Claims 4, 7 and 10-13 were not reexamined.

1. A computer program product for use with a computer system having a display, the computer system capable of executing a first process and connecting to other processes and a server process over a computer network, the computer program product comprising a computer usable medium having computer readable code means embodied in the medium comprising:

a. program code for generating a user-interface enabling control *of* a first process executing on the computer system;

b. program code for determining the currently assigned network protocol address of the first process upon connection to the computer network;

c. program code responsive to the currently assigned network protocol address of the first process, for establishing a communication connection with the server process and for forwarding the assigned network protocol address of the first process and a unique identifier of the first process to the server process upon establishing a communication connection with the server process; and

d. program code, responsive to user input commands, for establishing a point-to-point communications with another process over the computer network.

9. [The] *In a computer system having a display and capable of executing a process, a method for establishing a point-to-point communication from a caller process to a callee process over a computer network, the caller process capable of generating a user interface and being operatively connected to the callee process and a server process over the computer network, the* method [of claim 8] *comprising the steps of:*

*A. generating a user-interface element representing a first communication line;*

*B. generating a user interface element representing a first callee process;*



*C. querying the server process to determine if the first callee process is accessible; and*

*D. establishing a point-to-point communication link from the caller process to the first callee process, in response to a user associating the element representing the first callee process with the element representing the first communication line,* wherein step C further comprises the steps of:

C.1 querying the server process as to the on-line status of the first callee process; and

C.2 receiving a network protocol address of the first callee process over the computer network from the server process.

14. The method of claim [8] 9, further comprising the steps of:

E. generating a user interface element representing a communication line having a temporarily disabled status; and

F. temporarily disabling the point-to-point communication between the caller process and the first callee process, in response to the user associating the element representing the first callee process with the element representing the communication line having a temporarily disabled status.

16. [The] *In a computer system having a display and capable of executing a process, a method for establishing a point-to-point communication from a caller process to a callee process over a computer network, the caller process capable of generating a user interface and being operatively connected to the callee process and a server process over the computer network, the* method [of claim 15] *comprising the steps of:*

*A. generating a user-interface element representing a first communication line;*

*B. generating a user interface element representing a first callee process;*

*C. querying the server process to determine if the first callee process is accessible;*

*D. establishing a point-to-point communication link from the caller process to the first callee process, in response to a user associating the element representing the first callee process with the element representing the first communication line;*

*E. generating a user interface element representing a communication line having a temporarily disabled status; and*

*F. temporarily disabling the point-to-point communication between the caller process and the first callee process, in response to the user associating the element representing the first callee process with the element representing the communication line having a temporarily disabled status, wherein the element generated in step E represents a communication line on hold status, and* wherein the element generated in step E represents a communication line on mute status.

17. The method of claim [8] 9 wherein the display further comprises a visual display.

* * * * *